UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON<br><br>  Plaintiff<br><br>  *v.*<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, EXECUTIVE OFFICE<br>FOR UNITED STATES ATTORNEYS<br><br>  Defendant | Case No. 16-cv-671-APM |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, the United States Department of Justice, Executive Office for United States Attorneys, by undersigned counsel, hereby answers Plaintiff's Complaint [ECF No. 1].

### FIRST DEFENSE

Plaintiff may not compel the release of records protected from disclosure by exemptions in the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### SECOND DEFENSE

Plaintiff's claims fail to the extent that he has not exhausted them.

### THIRD DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

\*   \*   \*

In response to the enumerated paragraphs in the Complaint, Defendant answers as follows:

## JURISDICTION AND VENUE[1]

1. Defendant admits that this Court has jurisdiction.

2. Defendant admits that venue is proper in this Court.

## PARTIES

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4. Defendant admits that the Executive Office of United States Attorneys is a component of the United States Department of Justice and that it has offices located at 600 E Street, N.W., Suite 7300, Washington, District of Columbia 20520. Defendant denies all other allegations in this paragraph.

## STATEMENT OF FACTS

5. Defendant admits that Plaintiff sent FOIA requests to Defendant. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

6. Defendant admits that Plaintiff wrote to Defendant. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

7. Defendant admits that Plaintiff wrote to Defendant. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

---

[1] For ease of reference only, Defendant organizes its responses using the headings in Plaintiff's amended complaint. Defendant does not admit the accuracy of those headings.

8. Defendant admits that Plaintiff wrote to Defendant. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

9. Defendant admits that Plaintiff wrote to Defendant. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

10. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

11. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

12. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13. Defendant admits that Plaintiff wrote to Defendant. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

14. Defendant admits that it wrote to Plaintiff. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

15. Defendant admits that Plaintiff wrote to Defendant. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

16. Defendant admits that it wrote to Plaintiff. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

17. Defendant admits that Plaintiff wrote to Defendant. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

20. Defendant admits that Plaintiff wrote to Defendant. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

21. Defendant admits that persons wrote to Plaintiff. Defendant denies all other allegations in this paragraph to the extent that they contradict the written document that they purport to characterize.

22. Denied.

23. Denied.

## COUNT I

24. Defendants incorporate all the answers in the preceding paragraphs.

25. Denied.

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

RELIEF

27.     Defendant denies that Plaintiff is entitled to any of his requested relief.

*     *     *

Defendant denies each and every allegation in the Complaint that has not been previously qualified or denied.

Dated: June 13, 2016                                   Respectfully submitted,

                                                                              CHANNING D. PHILLIPS, D.C. Bar #415793
United States Attorney for the
District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:  /s/ Johnny Walker
     JOHNNY H. WALKER, D.C. Bar #991325
     Assistant United States Attorney
     555 4th Street, N.W.
     Washington, District of Columbia 20530
     Telephone: 202 252 2575
     Email: johnny.walker@usdoj.gov

*Counsel for Defendant*