UNITED STATES DISTRICT COURT
FORTHE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON<br><br>    Plaintiff<br><br>    *v.*<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, EXECUTIVE OFFICE<br>FOR UNITED STATES ATTORNEYS<br><br>    Defendant | Case No. 16-cv-671-APM |

## DEFENDANT'S STATUS REPORT

Pursuant to this Court's order dated June 14, 2016, as modified on June 21, 2016, Defendant, the United States Department of Justice, Executive Office for United States Attorneys, by undersigned counsel, respectfully submits this status report.

1.  On April 5, 2016, Plaintiff *pro se* James Simon filed a complaint alleging that Defendant had failed to respond to his FOIA request. [ECF No. 1.]

2.  On June 13, 2016, Defendant filed an answer. [ECF No. 3.]

3.  By order dated June 14, 2016, the Court ordered the parties to meet and confer and file a joint status report addressing the following topics: "(1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule." [ECF No. 4.] On June 21, 2016, in response to a motion by

Case 1:16-cv-00671-APM   Document 6   Filed 07/01/16   Page 2 of 3

2

Defendant, the Court revised its order to remove the requirements that the parties confer and that the status report be joint. Defendant therefore files this report on its own behalf in response to the Court's June 14 order.

4. Defendant is in the process of searching for documents responsive to Plaintiff's FOIA request. At this time, Defendant estimates that it may have approximately 110,000 pages of potentially responsive records. On June 23, 2016, Defendant sent a letter to Plaintiff informing him that the estimated duplication costs for that volume of records is $5,495.00. Defendant inquired whether Plaintiff elects to prepay that cost in accordance with 28 C.F.R. § 16.10(i), reformulate his requests to be more narrow, or terminate the search. Defendant has not yet received a response from Plaintiff, who is incarcerated at the Federal Medical Center in Rochester, Minnesota. Defendant stated in its letter that if it does not hear from Plaintiff within 30 days of the letter, it intends to close the request.

5. The course of this litigation will be determined in large part by Plaintiff's response or lack thereof to Defendants June 23, 2016, letter. Therefore, Defendant respectfully requests that the Court order Defendant to submit another status report in 60 days on August 30, 2016, informing the Court of the status of Plaintiff's FOIA requests, whether summary judgment motions will be appropriate, and proposing a schedule.

\*     \*     \*

For the forgoing reasons, Defendant respectfully requests that the Court order Defendant to submit a status report on **August 30, 2016**. A proposed order is filed with this motion.

Dated: July 1, 2016
                                    Respectfully submitted,

                                    CHANNING D. PHILLIPS, D.C. Bar #415793
                                    United States Attorney for the
                                    District of Columbia

                                    DANIEL F. VAN HORN, D.C. Bar #924092
                                    Chief, Civil Division

                                    By:  /s/ Johnny Walker
                                        JOHNNY H. WALKER, D.C. Bar #991325
                                        Assistant United States Attorney
                                        555 4th Street, N.W.
                                        Washington, District of Columbia 20530
                                        Telephone: 202 252 2575
                                        Email: johnny.walker@usdoj.gov

                                    *Counsel for Defendant*