UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

James A. Simon,

        Plaintiff,

        v.                Case No.: 1:16-CV-00671(APM)

U.S. Department of Justice,

Executive Office for United States Attorneys,

        Defendant.

Status Report in Response to Court's Orders

Of June 14, 2016, and June 21, 2016

Plaintiff responds to the Court's Order of June 14, 2016, and "minute order" of June 21, 2016, as follows:

1. Status of Plaintiff's FOIA request:

Plaintiff has received no information from Defendant indicating any progress on Plaintiff's 67 requests (the subject of this action) has occurred since the filing of this action, therefore Plaintiff continues to believe his 67 requests remain unprocessed.

RECEIVED
Mail Room

JUL -5 2016

…la D. Caesar, Clerk of Court
 Court, District of Columbia

2.  Anticipated Number of Documents Responsive to Plaintiff's FOIA requests:

Plaintiff has no knowledge of the number of responsive documents in the possession or control of Defendant, or a basis to make a reasoned estimation.

3.  Anticipated date(s) for release of the documents:

Plaintiff has no knowledge of when, or if all, Defendant anticipates releaseing documents to Plaintiff.

4.  Whether a motion for stay is likely:

Plaintiff does not anticipate a motion for stay, but cannot speak for Defendant.

5.  Whether the parties anticipate summary judgement briefing and, if so, a proposed briefing schedule:

Plaintiff is pro se and does not have the legal training or experience to forecast filing for summary judgement. Plaintiff cannot speak for Defendant.


Respectfully submitted this 27th day of June 2016,

James A. Simon

10711-027   2/2

Federal Medical Center

PMB 4000

Rochester, MN 55903

CERTIFICATE OF SERVICE

Civil No.: 1:16-cv-00671(APM)

I certify on June 27, 2016, I caused the following documents:

Status Report in Response to Court's Orders Of June 14 and June 21, 2016

to be filed with the Clerk of the Court, U.S. District Court of District of Columbia by causing the foregoing documents to be mailed by first class mail, postage paid, using the Institutional Mail System, to:

> Clerk of the Court
> U.S. District Court, District of Columbia
> 333 Constitution Ave, NW
> Washingto, DC 20001

and to be sent to Defendant Executive Office for United State Attorneys, by causing a copy of the foregoing documents to be mailed by first class mail, postage paid, using the Institutional Mail System, to:

> Mr. Johnny H. Walker, AUSA
> 555 4th Street, N.W.
> Washington, DC 20530

*James A. Simon, Plaintiff*

RECEIVED
Mail Room
JUL - 5 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia