UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

---

James A. Simon,

    Plaintiff,

    v.                    Case No.: 1:16-CV-00671(APM)

U.S. Department of Justice,

Executive Office for United States Attorneys,

    Defendant.

---



RECEIVED
JUL 1 4 2016
Clerk, U.S. District and Bankruptcy Courts

OBJECTION TO DEFENDANT'S STATUS REPORT

1. Plaintiff has received Defendant's June 23, 2016 letter (Ex 1). Plaintiff has also recieved Defendant's Status Report (Ex 2), containing a request "that the Court order Defendant to submit another status report in 60 Days on August 30, 2016. (Ex 2 ¶5).

2. On July 6, 2016, Plaintiff wrote Defendant voicing objection to Defendant's June 23, 2016 letter. (Ex 3).

3. Plaintiff administrative remedies are considered exhausted because of Defendant's failure to timely process Plaintiff's requests. (Cmpl, ¶23). However, in an abundance of caution Plaintiff appealed (all rights reserved) Defendants unfavorable determination(s) contained in Defendant's June 23, 2016 letter. (Ex 4).

4. Defendant proceeds as if only one contested FOIA request seeking "all records" is before the court, when in fact 49 separate independent narrowly crafted FOIA requests comprise the subject of this action. (Cmpl ¶s 6,10,11,12, Ex G). Building on Defendant's mis-characterizations, Defendant now demands Plaintiff pay in advance for receipt of all records, to make Plaintiff's pursuit of his action expensive, to make Plaintiff conduct a search of all records, and to delay litigation of this case.

6. Plaintiff has virtually ignored Plaintiff's FOIA request since the first was filed in June of 2015. (Cmpl Ex H-11). It is only now that Defendant's conduct has came under the scrutiny of the court, that Defendant is approaching the task of searching for requested records.

6. Plaintiff believes his Fifth Amendment rights to due process have been violated and he is entitled to expedited processing by Defendant.

7. Plaintiff requests the court deny Defendant's request for order to provide another status report in 60 days and proceed on an expedited basis.

Respectfully submitted this 10th day of July 2016,

*[signature: James A. Simon]*

James A. Simon

10711-027  2/2

Federal Medical Center

PMB 4000

Rochester, MN 55903

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

June 23, 2016

Requester:              James Simon

Request Number:         FOIA 2016-00796

Date of Receipt:        December 17, 2015

Subject of Request:     Self (all records)

Dear Mr. Simon:

    We are currently searching for documents responsive to your FOIA/PA request, and we have reached the point in our search efforts where we can estimate the number of pages potentially responsive to your request. The FOIA point of contact at the Northern District of Indiana has informed us that they have approximately three boxes of materials, and approximately 104,000 pages of electronic material that are potentially responsive to your request. Normally, a box contains between 2,000 and 4,000 pages of records. Although not all of these pages are likely to be released to you, you should note that we charge $0.05 per page for duplication of documents that are released to you, after you receive the first 100 pages, which are free. Assuming that you receive the remaining 109,900 pages, your estimated duplication costs will be $5,495.00.

    Department of Justice Regulations, specifically 28 CFR 16.10(i), provide that our office may collect an advance payment **before we continue processing your request** if we estimate fees will exceed $250.00. Accordingly, an advance payment of $5,490.00 in the form of a check or money order, payable to the Treasury of the United States, must be received by this office before we will continue processing your request. **Please indicate on the face of the check the above request number and mail it to the above address.**

    If you wish to reduce your fees, you may reformulate your request by limiting the documents to a specific category or categories. Or, if you specify that you will only pay up to a certain amount, we will process your case up to that amount. Finally, keeping in mind that the first two hours were free, you may direct that we terminate your search.

    **Per 28 C.F.R. 16.10(i), your request is not considered received until we receive a response from you. Please respond within 30 days of the date of this letter, or this matter will be closed.** Please use the attached form to indicate your wishes.

Ex 1-1

In order for your request to be processed, we must hear from you within 30 days of the date of this letter or we will close your request. Please complete the attached form and return to the above address.

   You may appeal this decision on your request by writing to the Office of Information Policy, United States Department of Justice, 1425 New York Avenue, NW, Suite 11050, Washington, DC 20530. Both the letter and envelope should be marked "FOIA Appeal." Your appeal **must be received** by OIP within 60 days of the date of this letter. If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in the United States District Court. <u>See</u> 28 C.F.R. §16.9.

                 Sincerely,

                  Thomas D. Anderson
                  Acting Assistant Director

Ex 1-2

J. Simon        2016-00796

## CHOOSE ONE

___Please do not search any longer.  **I understand that I am entitled to the first 100 pages free**. If you have found releasable documents, send me the free documents and close my case.

___Please do not search any longer.  I wish to withdraw my request.

___I agree to pay the duplication fee of $5,495.00 as indicated above.

___I wish to reformulate my request in an attempt to reduce duplication fees.  Please limit my request to the following documents, and notify me of any revised fee amount:_____

_____

_____

_____

(Please note that a search for specific records may require more search time and fees).


_____                               _____
Signature                                                    Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington, DC 20530

Ex 1-3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS<br><br>Defendant | Case No. 16-cv-671-APM |

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's order dated June 14, 2016, as modified on June 21, 2016, Defendant, the United States Department of Justice, Executive Office for United States Attorneys, by undersigned counsel, respectfully submits this status report.

1. On April 5, 2016, Plaintiff *pro se* James Simon filed a complaint alleging that Defendant had failed to respond to his FOIA request. [ECF No. 1.]

2. On June 13, 2016, Defendant filed an answer. [ECF No. 3.]

3. By order dated June 14, 2016, the Court ordered the parties to meet and confer and file a joint status report addressing the following topics: "(1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); and (5) whether the parties anticipate summary judgment briefing and, if so, a proposed briefing schedule." [ECF No. 4.] On June 21, 2016, in response to a motion by

Ex 2-1

Defendant, the Court revised its order to remove the requirements that the parties confer and that the status report be joint. Defendant therefore files this report on its own behalf in response to the Court's June 14 order.

4. Defendant is in the process of searching for documents responsive to Plaintiff's FOIA request. At this time, Defendant estimates that it may have approximately 110,000 pages of potentially responsive records. On June 23, 2016, Defendant sent a letter to Plaintiff informing him that the estimated duplication costs for that volume of records is $5,495.00. Defendant inquired whether Plaintiff elects to prepay that cost in accordance with 28 C.F.R. § 16.10(i), reformulate his requests to be more narrow, or terminate the search. Defendant has not yet received a response from Plaintiff, who is incarcerated at the Federal Medical Center in Rochester, Minnesota. Defendant stated in its letter that if it does not hear from Plaintiff within 30 days of the letter, it intends to close the request.

5. The course of this litigation will be determined in large part by Plaintiff's response or lack thereof to Defendants June 23, 2016, letter. Therefore, Defendant respectfully requests that the Court order Defendant to submit another status report in 60 days on August 30, 2016, informing the Court of the status of Plaintiff's FOIA requests, whether summary judgment motions will be appropriate, and proposing a schedule.

*   *   *

Ex 2-2

For the forgoing reasons, Defendant respectfully requests that the Court order Defendant to submit a status report on **August 30, 2016**. A proposed order is filed with this motion.

Dated: July 1, 2016                                   Respectfully submitted,

                                                      CHANNING D. PHILLIPS, D.C. Bar #415793
                                                      United States Attorney for the
                                                      District of Columbia

                                                      DANIEL F. VAN HORN, D.C. Bar #924092
                                                      Chief, Civil Division

                                                      By:  /s/ Johnny Walker
                                                          JOHNNY H. WALKER, D.C. Bar #991325
                                                          Assistant United States Attorney
                                                          555 4th Street, N.W.
                                                          Washington, District of Columbia 20530
                                                          Telephone: 202 252 2575
                                                          Email: johnny.walker@usdoj.gov

                                                      *Counsel for Defendant*

Ex 2-3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, EXECUTIVE OFFICE<br>FOR UNITED STATES ATTORNEYS<br><br>Defendant | Case No. 16-cv-671-APM |

### [PROPOSED] ORDER

Upon consideration of Defendant's status report, it is hereby **ORDERED** that Defendant shall file another status report by August 30, 2016, informing the Court of the status of Plaintiff's FOIA requests, whether summary judgment motions will be appropriate, and proposing a schedule.

It is **SO ORDERED**.


Dated: _____                    _____
                                            The Honorable Amit P. Mehta
                                            United States District Judge


Ex 2-4

## CERTIFICATE OF SERVICE

I hereby certify that on this day, July 1, 2016, a copy of **Defendant's Status Report** was served by mailing it, postage prepaid, to Plaintiff at the following address:

> JAMES A. SIMON
> Reg. No. 10727-027
> Federal Medical Center
> PO Box 4000
> Rochester, MN 55903-4000

> /s/ Johnny Walker
> JOHNNY H. WALKER
> Assistant United States Attorney

Ex 2-5

JAMES A. SIMON

10711-027  2/2

Federal Medical Center

P,O. Box 4000

Rochester, MN 55903-4000

July 6, 2016


Thomas D. Anderson, Acting Assistant Director

Executive Office for United States Attorneys

Freedom of Information & Privacy Staff

600 E. Street, N.W. Suite 7300

Bicentennial Building

Washington, DC 20530-0001


Subject:  FOIA Requests  (Your reverence 2016-00796)


Dr. Mr. Anderson:


I am in receipt of your June 23, 2016 letter, copy enclosed. I have a couple of questions I hope you will answer:

1.  You show a request number of 2016-00796, but I am confused, for I cannot identify which of my 67 requests, now the subject to FOIA litigation between us in the D.C. District Court, you are referring.  Further, I see you show "Subject of Request" as "Self (all records)".  This is concerning because I've not requested "all records" that relate to me.  Nor have I agreed to any request consolidation, let alone expanded any request to include "all records."

Ex 3-1

My 67 requests were individual requests, sent at various times (over a substantial period of time), and narrowly crafted to avoid your agency having to search for records of no interest to me. For example I believe you possess copies of thousands of pages of bank statements and cancelled checks. None of my requests seek such records. There is no reason for you to produce them. Consolidation and mis-characterization of my requests wrongfully balloons the work of everyone involved.

In paragraph 3 you write, I can reformulate my request by limiting the documents to specific category or categories. A "limiting of documents" is easily achieved by processing the 67 requests as submitted, separately. I request you do so. If you do, I believe you will see a dramatic reduction in the number of responsive records. In any case, can you send me a copy of my request for which you have assigned the number 2016-00796? (It will be helpful on my end.)

2. As to total records, am I to assume the total number of records in your agency's possession or control, that simply relate to me, is estimated to be no more than 120,000 records?

3. I now prefer to receive records electronically. How much is it proper to charge me, in these circumstances, in advance, for records produced in the form of electronic media?

Respectfully,

*James A. Simon*
James A. Simon

Ex 3-2



*FOIA Appeal*

JAMES A. SIMON

10711-027   2/2

Federal Medical Center

P,O. Box 4000

Rochester, MN 55903-4000

July 6, 2016

Office of Information Policy,

United States Department of Justice

1425 New York Avenue, NW, Suite 11050

Washington, DC 20530

Dear Office of Information Policy:

I do hereby appeal the determination(s) of the Executive Office for United States Attorneys, contained in their letter of June 23, 2016, copy enclosed. I reserve all rights afforded me under the law and in particular in the FOIA suit James A. Simon v. United States Department of Justice, Executive Office for United States Attorneys (Case No. 16-cv-671-APM), which may or may not pertain to the FOIA request number 2016-00796), which I surmise may be an unauthorized and wrongful consolidation of some 67 FOIA requests presented to the EOUSA during 2015, and which are the subject matter of the suit, and to my knowledge, remain unprocessed.

   It is wrong for the EOUSA to refuse to process my 67 FOIA requests, then assert the requests constitute one request of a much later date, mis-characterize the consolidated request as a request for all record, and require a large pre-payment to

Ex 4-1

My 67 requests were individual requests, sent at various times (over a substantial period of time), and narrowly crafted to avoid your agency having to search for records of no interest to me. For example I believe you possess copies of thousands of pages of bank statements and cancelled checks. None of my requests seek such records. There is no reason for you to produce them. Consolidation and mis-characterization of my requests wrongfully balloons the work of everyone involved.

In paragraph 3 you write, I can reformulate my request by limiting the documents to specific category or categories. A "limiting of documents" is easily achieved by processing the 67 requests as submitted, separately. I request you do so. If you do, I believe you will see a dramatic reduction in the number of responsive records. In any case, can you send me a copy of my request for which you have assigned the number 2016-00796? (It will be helpful on my end.)

2. As to total records, am I to assume the total number of records in your agency's possession or control, that simply relate to me, is estimated to be no more than 120,000 records?

3. I now prefer to receive records electronically. How much is it proper to charge me, in these circumstances, in advance, for records produced in the form of electronic media?

Respectfully,

*/s/ James A. Simon*

James A. Simon

Ex 4-2

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W., Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)

June 23, 2016

Requester:             James Simon

Request Number:        FOIA 2016-00796

Date of Receipt:       December 17, 2015

Subject of Request:    Self (all records)

Dear Mr. Simon:

    We are currently searching for documents responsive to your FOIA/PA request, and we have reached the point in our search efforts where we can estimate the number of pages potentially responsive to your request. The FOIA point of contact at the Northern District of Indiana has informed us that they have approximately three boxes of materials, and approximately 104,000 pages of electronic material that are potentially responsive to your request. Normally, a box contains between 2,000 and 4,000 pages of records. Although not all of these pages are likely to be released to you, you should note that we charge $0.05 per page for duplication of documents that are released to you, after you receive the first 100 pages, which are free. Assuming that you receive the remaining 109,900 pages, your estimated duplication costs will be $5,495.00.

    Department of Justice Regulations, specifically 28 CFR 16.10(i), provide that our office may collect an advance payment **before we continue processing your request** if we estimate fees will exceed $250.00. Accordingly, an advance payment of $5,490.00 in the form of a check or money order, payable to the Treasury of the United States, must be received by this office before we will continue processing your request. **Please indicate on the face of the check the above request number and mail it to the above address.**

    If you wish to reduce your fees, you may reformulate your request by limiting the documents to a specific category or categories. Or, if you specify that you will only pay up to a certain amount, we will process your case up to that amount. Finally, keeping in mind that the first two hours were free, you may direct that we terminate your search.

    **Per 28 C.F.R. 16.10(i), your request is not considered received until we receive a response from you. Please respond within 30 days of the date of this letter, or this matter will be closed.** Please use the attached form to indicate your wishes.

Ex 4-3

J. Simon     2016-00796

## CHOOSE ONE

___Please do not search any longer.  **I understand that I am entitled to the first 100 pages free**.  If you have found releasable documents, send me the free documents and close my case.

___Please do not search any longer.  I wish to withdraw my request.

___I agree to pay the duplication fee of $5,495.00 as indicated above.

___I wish to reformulate my request in an attempt to reduce duplication fees.  Please limit my request to the following documents, and notify me of any revised fee amount:_____

_____

_____

_____

_____

(Please note that a search for specific records may require more search time and fees).

_____          _____
Signature                                  Date

Please return to:

EOUSA
FOIA/PA
600 E. Street, N.W., Room 7300
Washington, DC 20530

Ex 4-5

CERTIFICATE OF SERVICE

Civil No.: 1:16-cv-00671(APM)

I certify on July 10, 2016, I caused the following documents:

OBJECTION TO DEFENDANT'S STATUS REPORT

to be filed with the Clerk of the Court, U.S. District Court of District of Columbia by causing the foregoing documents to be mailed by first class mail, postage paid, using the Institutional Mail System, to:

>   Clerk of the Court
>
>   U.S. District Court, District of Columbia
>
>   333 Constitution Ave, NW
>
>   Washingto, DC 20001

and to be sent to Defendant Executive Office for United State Attorneys, by causing a copy of the foregoing documents to be mailed by first class mail, postage paid, using the Institutional Mail System, to:

>   Mr. Johnny H. Walker, AUSA
>
>   555 4th Street, N.W.
>
>   Washington, DC 20530

James A. Simon, Plaintiff

JAMES A. SIMON

10711-027   2/2

Federal Medical Center

P.O. Box 4000

Rochester, MN 55903-4000

July 10, 2016


Clerk of the Court

U.S. Federal Court, Dist of Columbia

333 Constitution Ave, N.W.

Washington, DC 20001


Subject:   Ojection to Defendant's Status Report 1:16-cv-00671-APM


Dear Clerk:


Please accept for filing Plaintiff's Objection to Defendant's Status Report, enclosed, and file with the court.


Respectfully,

James A. Simon



COMMITTED NAME: _Dennis A. Clemons_
REG. NO. & QTRS.: 10711-027 2/2
FEDERAL MEDICAL CENTER
PMB 4000
ROCHESTER, MN 55903-4000

⇧10711-027⇧
U S Fed Ct Dstr Of Columbia
333 Constitution AVE NW
Clerk of Court, Rm 5523
Washington, DC 20001
United States

