UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES A. SIMON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| DEPARTMENT OF JUSTICE, | * | Civil Action No. 1:16-cv-00671 (APM) |
| EXECUTIVE OFFICE OF U.S. | * | |
| ATTORNEYS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**JOINT STATUS REPORT**

NOW COME the parties to advise the Court of the status of the issues in this case, as ordered on February 14, 2019.

The parties are attempting to develop a plan for further proceedings which will be acceptable to both parties, but Plaintiff is still working to prepare his proposal, which he intends to provide to Defendant for consideration. Once Plaintiff has provided his proposal, the parties will confer and continue their efforts to reach an agreement. There are no points of disagreement at this time which would require the involvement of the Court or a neutral party. As a result, the parties respectfully request that they be permitted to file another Joint Status Report on or before May 3, 2019, to update the Court concerning their progress.

Dated: April 4, 2019

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors

4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

/s/ Melanie D. Hendry
Melanie D. Hendry
Assistant United States Attorney
555 4th Street, NW
Washington, D.C.  20530
202-252-2510
Melanie.Hendry2@usdoj.gov

*Counsel for Defendant*