**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES A. SIMON, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 16-671 (APM) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> JUSTICE, EXECUTIVE OFFICE FOR ) <br> UNITED STATES ATTORNEYS, ) <br> ) <br> Defendant. ) | |

**JOINT STATUS REPORT**

Plaintiff James A. Simon ("Plaintiff") and Defendant United States Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

In their previous status reports, the parties reported that they are attempting to develop a plan for further proceedings which will be acceptable to both parties and that Plaintiff was working to prepare his proposal, which he intended to provide to Defendant for consideration. Plaintiff provided his proposal to Defendant on May 8, 2019. Thereafter, at the request of the Defendant, the United States Attorney's Office for the Northern District of Indiana (the Office where Defendant has concluded responsive records are located) performed several searches. Defendant is currently reviewing the documents located as a result of the searches. However, since that process is underway, Defendant is not currently able to advise whether the documents that were located are, in fact responsive, and, if so, how much time will be required to process them.

As a result of the foregoing, the parties respectfully request that they be permitted to file another joint status report on or before July 22, 2019.

Dated:   June 21, 2019                         Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD   20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

/s/ Melanie D. Hendry
Melanie D. Hendry
Assistant United States Attorney
555 4th Street, NW
Washington, D.C.   20530
202-252-2510
Melanie.Hendry2@usdoj.gov

*Counsel for Defendant*