**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES A. SIMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. A. No. 16-671 (APM) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| JUSTICE, EXECUTIVE OFFICE FOR | ) |
| UNITED STATES ATTORNEYS, | ) |
| | ) |
| Defendant. | ) |

**<u>JOINT STATUS REPORT</u>**

Plaintiff James A. Simon ("Plaintiff") and Defendant United States Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this Joint Status Report concerning the results of Defendant's search of records responsive to Plaintiff's Freedom of Information Act ("FOIA") request.

As the Court may recall, an original search for responsive records yielded more than 60,000 pages.   Those records were subsequently uploaded to a searchable, electronic database.   Revised search criteria supplied by Plaintiff were applied to the database and produced the following results:

Query No. 1:   130 pages of records

Query No. 2:   approximately 5,000 pages of records

Query No. 3:   approximately 4,000 pages of records

Query No. 4:   approximately 6,000 pages of records

Query No. 5:   approximately 4,000 pages of records

Query No. 6:   747 pages of records

Query No. 7:   44 pages of records

Query No. 8:   775 pages of records

Query No. 9:   1403 pages of records

Query No. 10:   approximately 4,000 pages of records

Query No. 11:   approximately 3,000 pages of records

These numbers have just recently become known to the parties and their counsel.   Given the large volume of records produced by the refined search, the parties intend to meet and confer about whether a further refinement of search terms or some other approach may be taken to narrow the results.

The parties respectfully request the opportunity to report on the fruits of those efforts in a Joint Status Report to be filed on September 30, 2019.

Dated: August 30, 2019

                                        Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845          /s/ *Kelly B. McClanahan*
United States Attorney

                                         Kelly B. McClanahan, Esq.
DANIEL F. VAN HORN, D.C. Bar #924092     D.C. Bar #984704
Chief, Civil Division                    National Security Counselors
                                         4702 Levada Terrace
*/s   John Moustakas*                    Rockville, MD   20853
John Moustakas, D.C. Bar #442076         301-728-5908
Assistant United States Attorney         240-681-2189 fax
555 4th Street, N.W.                     Kel@NationalSecurityLaw.org
Washington, D.C. 20530
(202) 252-2518                           *Counsel for Plaintiff*
john.moustakas@usdoj.gov

*Counsel for Defendant*

2