# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 16-671 (APM) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, | ) ) ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff James A. Simon ("Plaintiff") and Defendant United States Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

On December 23, 2020, EOUSA received records processed by the Internal Revenue Service.  EOUSA referred those records to the IRS for processing during each of the prior interim releases to the requester.   Following review of the records, pursuant to IRS instructions, EOUSA released all appropriate records on January 26, 2021.

EOUSA completed processing of Query No. 3.  EOUSA has begun processing records related to Plaintiff's Query No. 4 – a tranche of roughly 6,000 pages.   For the month of November 2020, 302 pages were processed.  Of that number, 298 pages were released in full.

For the months of December 2020 and January 2021, 714 pages were processed.  Of that number, 200 pages were released in full with the remainder being withheld or referred to the Internal Revenue Service/Tax Division for processing, as some of the records originated at that

agency.

Defendant will continue to process Query No. 4 records at the rate of at least 500 pages per month. Plaintiff is currently considering his priorities for which query's documents should be processed thereafter.

As a result of the foregoing, the parties propose filing their next joint status report on or before May 3, 2021 and every 90 days thereafter.

Dated:   February 1, 2021                               Respectfully submitted,

/s/ Kelly B. McClanahan                                  MICHAEL R. SHERWIN
Kelly B. McClanahan, Esq.                                Acting United States Attorney
D.C. Bar #984704
National Security Counselors                             BRIAN P. HUDAK
4702 Levada Terrace                                      Acting Chief, Civil Division
Rockville, MD   20853
301-728-5908                                             /s/   John Moustakas
240-681-2189 fax                                         John Moustakas, D.C. Bar #442076
Kel@NationalSecurityLaw.org                              555 4th Street, N.W.
                                                         Washington, D.C. 20530
*Counsel for Plaintiff*                                  (202) 252-2518
                                                         john.moustakas@doj.gov

                                                         *Counsel for Defendant*

2