# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 16-671 (APM) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, | ) ) ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff James A. Simon ("Plaintiff") and Defendant United States Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.[1]

EOUSA is continuing processing records related to Plaintiff's Query No. 4 – a tranche of roughly 6,000 pages. During the period since the parties' last joint status report, covering February through April 2021, 1,923 pages were processed (averaging 641 pages per month) – all of which were released in full.

Defendant will continue to process Query No. 4 records at the rate of at least 500 pages per month.

---

[1] Because of the number of documents to be processed, the length of time expected to complete the processing and release, the parties' good cooperation, and the desire to conserve resources, the parties had contemplated adopting a 90-day reporting cycle – an exercise prompted by the desire for greater efficiency since the COVID pandemic has brought with it certain inefficiencies associated with remote work. In so doing, the parties proposed filing their next report on May 3, 2021, having lost track of the Court's self-executing schedule for future reports. See January 24, 2020, Minute Order.

For the reasons set forth in the margin below, the parties respectfully request that the Court amend the schedule for future joint status reports from every 60 days to every 90 days, such that the parties' next report would be due by July 21, 2021.   In the event that a new order is not entered, the parties will submit their next joint status report by June 21, 2021.

Dated:   April 22, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Kelly B. McClanahan
　　　　　　　　　　　　　　　　　　　　　　Kelly B. McClanahan, Esq.
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar #984704
　　　　　　　　　　　　　　　　　　　　　　National Security Counselors
　　　　　　　　　　　　　　　　　　　　　　4702 Levada Terrace
　　　　　　　　　　　　　　　　　　　　　　Rockville, MD   20853
　　　　　　　　　　　　　　　　　　　　　　301-728-5908
　　　　　　　　　　　　　　　　　　　　　　240-681-2189 fax
　　　　　　　　　　　　　　　　　　　　　　Kel@NationalSecurityLaw.org

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　CHANNING D. PHILLIPS, D.C. Bar #415793
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　　　　　Chief, Civil Division

　　　　　　　　　　　　　　　　　　　　　　/s/   John Moustakas
　　　　　　　　　　　　　　　　　　　　　　John Moustakas, D.C. Bar #442076
　　　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　　　(202) 252-2518
　　　　　　　　　　　　　　　　　　　　　　john.moustakas@doj.gov

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*