UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,  *Plaintiff*,  v.  UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,  *Defendant*. | Civ. A. No. 16-671 (APM) |

## JOINT STATUS REPORT

Plaintiff James A. Simon ("Plaintiff") and Defendant U.S. Dep't of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

EOUSA is continuing processing records related to Plaintiff's Query No. 4 – a tranche of roughly 6,000 pages. For the months of August and September 2021, 833 pages were processed, all of which were released in full. For the month of October 2021, 764 pages were processed, all of which were released in full. Defendant will continue to process Query No. 4 records at the rate of at least 500 pages per month.

The parties propose filing their next joint status report on or before January 17, 2022.

Dated: October 19, 2021

Respectfully submitted,

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ John Moustakas*
JOHN MOUSTAKAS, D.C. Bar #442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov