# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. A. No. 16-671 (APM) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE, EXECUTIVE OFFICE FOR ) | |
| UNITED STATES ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Plaintiff James A. Simon ("Plaintiff") and Defendant United States Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

In January 2022, EOUSA processed 505 pages from the 6,000 page Query 4, all of which were released in full. This release completed the processing of Query 4.

In February 2022, EOUSA began processing records from Query 2, completing 447 pages – all of which were released in full.

In March 2022, EOUSA processed an additional 553 pages from Query 2, all of which were released in full.

Defendant will continue to process Query No. 2 records at the rate of at least 500 pages per month until completed.

As a result of the foregoing, the parties propose filing their next joint status report on or before July 18, 2022, and every 90 days thereafter.

Dated:   April 19, 2022                                  Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD   20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #442076
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/   John Moustakas
John Moustakas, D.C. Bar #442076
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@doj.gov

*Counsel for Defendant*