UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br>   Defendant. | Civil Action No. 16-671 (APM) |

## JOINT STATUS REPORT

Plaintiff James A. Simon ("Plaintiff") and Defendant United States Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

EOUSA has concluded processing of records responsive to Plaintiff's request. During the course of its work processing responsive records, EOUSA has referred several tranches of records for consultation, among other places, the IRS. Not only has EOUSA finished its processing of responsive pages, but it no longer has any pages to refer for processing elsewhere. The last batches of records referred to the IRS for processing amounted to 405 pages. Of that number, _5_ pages were released in full, _4_ pages were released in part, and _396_ pages were withheld in full.

Now that all of the responsive, non-exempt records have been released, Plaintiff will make his comprehensive review of the production and identify any areas for inquiry and discussion. Defendant will respond to any inquiries and requests for discussion. Once all questions are answered, a determination will be made as to whether a material disagreement between the parties

exists and, if so, the parties will meet and confer in good faith with the aim of resolving (or at least narrowing the scope of) any such disagreement without a further multiplication of the proceedings. In light of the scope of the tasks ahead, the parties propose submitting their next status report no later than September 20, 2023.   An earlier resolution can be reported by way of stipulation of dismissal before that date, just as an impasse can be noted in an earlier joint report proposing a briefing schedule for any unresolved issues.

| | |
|---|---|
| Dated:  May 23, 2023 | Respectfully submitted, |
| | |
| */s/ Kelly B. McClanahan* | MATTHEW M. GRAVES, D.C. Bar #481052 |
| Kelly B. McClanahan, D.C. Bar #984704 | United States Attorney |
| National Security Counselors | |
| 4702 Levada Terrace | BRIAN P. HUDAK |
| Rockville, MD  20853 | Chief, Civil Division |
| 301-728-5908 | |
| 240-681-2189 fax | By:          */s/ John Moustakas* |
| Kel@NationalSecurityLaw.org | John Moustakas, D.C. Bar #442076 |
| | Assistant United States Attorney |
| *Attorney for Plaintiff* | 601 D Street, NW |
| | Washington, DC 20530 |
| | (202) 252-2518 |
| | |
| | *Attorneys for the United States of America* |