UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br>          Defendant. | Civ. A. No. 16-671 (APM) |

**JOINT STATUS REPORT**

Plaintiff James A. Simon ("Plaintiff") and Defendant United States Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

Defendant has concluded processing of records responsive to Plaintiff's request. As part of the "meet-and-confer" process, Plaintiff has requested a summary form of *Vaughn* index for use in helping to determine its satisfaction with Defendant's processing and releases. As the Court knows, the litigation has been a long one, with the production of an enormous volume of material. That volume, combined with agency counsel's other responsibilities at fiscal year end, necessitates additional time for preparation of a summary *Vaughn*. In light of the important goal of amicably resolving the matter without the multiplying the already very lengthy litigation, the additional time invested in supporting the goal of a settlement or narrowing of the issues is a laudable one.

As such, the Parties request propose to file their next Joint Status Report by no later than January 18, 2024. That timetable gives Defendant 60 days to prepare a summary *Vaughn* index, Plaintiff 30 days to review the *Vaughn* index and the releases, and 30 days for the Parties to meet

- 2 -

and confer.  An earlier resolution can be reported by way of stipulation of dismissal before that date, just as an impasse can be noted in an earlier joint report proposing a briefing schedule for any unresolved issues.

Dated:  September 20, 2023

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
Kel@NationalSecurityLaw.org

*Attorney for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:            /s/ *John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2518

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br>      Defendant. | Civ. A. No. 16-671 (APM) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties September 20, 2023, Joint Status Report, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant shall have through and including January 18, 2024 to submit their next Joint Status Report apprising the Court of the Parties' next steps in furtherance of resolving this matter should it not be dismissed prior thereto.

SO ORDERED:

_____                  _____
Dated                                                       Hon. Amit P. Mehta
                                                           United States District Judge