UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXCUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 16-671 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The undersigned counsel respectfully asks the Clerk of the Court enter the appearance of Assistant United States Attorney Joseph F. Carilli, Jr. as counsel of record for Defendant in this matter, who is substituting as counsel of record for Assistant United States Attorney John Moustakas.

Dated: December 28, 2023　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Joseph F. Carilli, Jr.
　　　　　　　　　　　　　　　　　　　　　JOSEPH F. CARILLI, JR.
　　　　　　　　　　　　　　　　　　　　　N.H. Bar No. 15311
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　　　　　　　　　　　for the District of Columbia
　　　　　　　　　　　　　　　　　　　　　601 D St. N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 252-2525
　　　　　　　　　　　　　　　　　　　　　E-mail: joseph.carilli@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Counsel for United States of America*