UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON, <br><br>      Plaintiff, <br><br>      v. <br><br>U.S. DEPARTMENT OF JUSTICE, EXCUTIVE OFFICE FOR UNITED STATES ATTORNEYS, <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 16-671 (APM) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Plaintiff James A. Simon ("Plaintiff") and Defendant U.S. Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

Defendant has concluded processing of records responsive to Plaintiff's request. In addition, on December 20, 2023, Defendant produced a summary form of *Vaughn* index, expect for the records that Defendant requested a consult from the Internal Revenue Service/U.S. Department of Justice Tax Division, for use in helping to determine Plaintiff's satisfaction with Defendant's processing and releases. At present, Plaintiff is reviewing the summary form of *Vaughn* index. In addition, Defendants anticipates that within the next 30 days, Defendants will produce a summary form Vaughn index for the records that Defendant requested a consult from the Internal Revenue Service/U.S. Department of Justice Tax Division. In light of the important goal of amicably resolving the matter, the parties require additional time to attempt to resolve the litigation.

\* \* \*

As such, the parties propose to file their next joint status report by no later than April 17, 2024. A proposed order is attached.

Dated: January 18, 2024                            Respectfully Submitted,

/s/ Kelly B. McClanahan                            /s/ Joseph F. Carilli, Jr.
Kelly B. McClanahan, D.C. Bar #984704              JOSEPH F. CARILLI, JR.
National Security Counselors                       N.H. Bar No. 15311
4702 Levada Terrace                                Assistant United States Attorney
Rockville, MD 20853                                Civil Division
301-728-5908                                       U.S. Attorney's Office
Kel@NationalSecurityLaw.org                           for the District of Columbia
                                                   601 D St. N.W.
*Attorney for Plaintiff*                           Washington, D.C. 20001
                                                   Telephone: (202) 252-2525
                                                   E-mail: joseph.carilli@usdoj.gov

                                                   *Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, EXCUTIVE OFFICE FOR UNITED STATES ATTORNEYS, <br><br> Defendant. | Civil Action No. 16-671 (APM) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by April 17, 2024, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE