UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> )   Civil Action No. 16-671 (APM) |
| U.S. DEPARTMENT OF JUSTICE, EXCUTIVE OFFICE FOR UNITED STATES ATTORNEYS, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Plaintiff James A. Simon ("Plaintiff") and Defendant U.S. Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

Defendant has concluded processing of records responsive to Plaintiff's request. In addition, on December 20, 2023, Defendant produced a summary form of *Vaughn* index, except for the records that Defendant requested a consult from the Internal Revenue Service/U.S. Department of Justice Tax Division, for use in helping to determine Plaintiff's satisfaction with Defendant's processing and releases. At present, Plaintiff is reviewing the summary form of *Vaughn* index. In addition, Defendant will produce an additional summary form *Vaughn* index for the records that Defendant requested a consult from the Internal Revenue Service/U.S. Department of Justice Tax Division once Defendant receives the consult.[1] In light of the

---

[1] In the parties' January 18, 2024, Defendant noted that it anticipated producing this *Vaughn* index within 30 days. However, Defendant has still not received the information from Internal Revenue Service/U.S. Department of Justice Tax Division.

important goal of amicably resolving the matter, the parties require additional time to attempt to resolve the litigation.

\* \* \*

As such, the parties propose to file their next joint status report by no later than July 17, 2024. A proposed order is attached.

| | |
|---|---|
| Dated: April 17, 2024 | Respectfully Submitted, |
| /s/ Kelly B. McClanahan | /s/ Joseph F. Carilli, Jr. |
| Kelly B. McClanahan, D.C. Bar #984704 | JOSEPH F. CARILLI, JR. |
| National Security Counselors | N.H. Bar No. 15311 |
| 4702 Levada Terrace | Assistant United States Attorney |
| Rockville, MD 20853 | Civil Division |
| 301-728-5908 | U.S. Attorney's Office |
| Kel@NationalSecurityLaw.org |   for the District of Columbia |
| | 601 D St. N.W. |
| *Attorney for Plaintiff* | Washington, D.C. 20001 |
| | Telephone: (202) 252-2525 |
| | E-mail: joseph.carilli@usdoj.gov |
| | |
| | *Attorneys for United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMES A. SIMON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 16-671 (APM) |
| U.S. DEPARTMENT OF JUSTICE, EXCUTIVE OFFICE FOR UNITED STATES ATTORNEYS, | ) ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by July 17, 2024, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE