UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, EXCUTIVE OFFICE FOR UNITED STATES ATTORNEYS, <br><br> Defendant. | Civil Action No. 16-0671 (APM) |

**JOINT STATUS REPORT**

Plaintiff James A. Simon ("Plaintiff") and Defendant U.S. Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

Defendant has concluded processing of records responsive to Plaintiff's request. On December 20, 2023, Defendant produced a summary form of *Vaughn* index, except for the records that Defendant requested a consult from the Internal Revenue Service/U.S. Department of Justice Tax Division, for use in helping to determine Plaintiff's satisfaction with Defendant's processing and releases. Defendant received the consult for the Internal Revenue Service/U.S. Department of Justice Tax Division. However, the Internal Revenue Service/U.S. Department of Justice Tax Division was unable to review the grand jury records included in the consult. On July 16, 2024, Defendant produced a *Vaughn* index for the records from the consult with the exception of grand jury records. After review, Defendant will provide Plaintiff a *Vaughn* index for the grand jury

records.[1]  At present, Plaintiff is reviewing the *Vaughn* indices.  In light of the important goal of amicably resolving the matter, the parties require additional time to attempt to resolve the litigation.

* * *

As such, the parties propose to file their next joint status report by no later than September 17, 2024.  A proposed order is attached.

| | |
|---|---|
| Dated: July 17, 2024 | Respectfully Submitted, |
| /s/ Kelly B. McClanahan | /s/ Joseph F. Carilli, Jr. |
| Kelly B. McClanahan, D.C. Bar #984704 | JOSEPH F. CARILLI, JR. |
| National Security Counselors | N.H. Bar No. 15311 |
| 4702 Levada Terrace | Assistant United States Attorney |
| Rockville, MD 20853 | Civil Division |
| 301-728-5908 | U.S. Attorney's Office |
| Kel@NationalSecurityLaw.org |    for the District of Columbia |
| | 601 D St. N.W. |
| *Attorney for Plaintiff* | Washington, D.C. 20001 |
| | Telephone: (202) 252-2525 |
| | E-mail: joseph.carilli@usdoj.gov |
| | |
| | *Attorneys for United States of America* |

---

[1]  At present, Defendant is unable to assess when it may complete its review because Defendant needs to re-review the seven referrals sent to the Internal Revenue Service/U.S. Department of Justice Tax Division to identify the grand jury records.  Defendant will update Plaintiff on an anticipated timeline as soon as able.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 16-671 (APM) |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| EXCUTIVE OFFICE FOR UNITED ) | |
| STATES ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by September 17, 2024, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE