UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXCUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 16-0671 (APM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Plaintiff James A. Simon ("Plaintiff") and Defendant U.S. Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

Defendant has concluded processing of records responsive to Plaintiff's request. On December 20, 2023, Defendant produced a summary form of *Vaughn* index, except for the records that Defendant requested a consult from the Internal Revenue Service/U.S. Department of Justice Tax Division, for use in helping to determine Plaintiff's satisfaction with Defendant's processing and releases. Defendant received the consult for the Internal Revenue Service/U.S. Department of Justice Tax Division. However, the Internal Revenue Service/U.S. Department of Justice Tax Division was unable to review the grand jury records included in the consult. On July 16, 2024, Defendant produced a *Vaughn* index for the records from the consult with the exception of grand jury records. On September 17, 2024, Defendant produced a *Vaughn* index for the grand jury records. At present, Plaintiff is reviewing the *Vaughn* indices. In light of the important goal of amicably resolving the matter, the parties require additional time to attempt to resolve the

litigation. The parties anticipate that Plaintiff will provide comment on the *Vaughn* indices within the next two weeks.

As such, the parties propose to file their next joint status report by no later than January 15, 2025. A proposed order is attached.

Dated: December 16, 2024                                    Respectfully Submitted,

/s/ Kelly B. McClanahan                                     /s/ Joseph F. Carilli, Jr.
Kelly B. McClanahan, D.C. Bar #984704       JOSEPH F. CARILLI, JR.
National Security Counselors                         N.H. Bar No. 15311
4702 Levada Terrace                                         Assistant United States Attorney
Rockville, MD 20853                                          Civil Division
301-728-5908                                                        U.S. Attorney's Office
Kel@NationalSecurityLaw.org                          for the District of Columbia
                                                                             601 D St. N.W.
*Attorney for Plaintiff*                                      Washington, D.C. 20001
                                                                             Telephone: (202) 252-2525
                                                                             E-mail: joseph.carilli@usdoj.gov

                                                                             *Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>U.S. DEPARTMENT OF JUSTICE,  )<br>EXCUTIVE OFFICE FOR UNITED  )<br>STATES ATTORNEYS,  )<br> )<br>Defendant.  )<br> ) | Civil Action No. 16-671 (APM) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that the parties shall file by January 15, 2025, an additional joint status report advising the Court of the status of this matter, including a recommendation for further proceedings.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE