UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON, **)** | |
| **)** | |
| Plaintiff, **)** | |
| **)** | |
| v. **)** | Civil Action No. 16-0671 (APM) |
| **)** | |
| U.S. DEPARTMENT OF JUSTICE, **)** | |
| EXCUTIVE OFFICE FOR UNITED **)** | |
| STATES ATTORNEYS, **)** | |
| **)** | |
| Defendant. **)** | |
| **)** | |

## <u>JOINT STATUS REPORT</u>

Plaintiff James A. Simon ("Plaintiff") and Defendant U.S. Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

Defendant has concluded processing of records responsive to Plaintiff's request. On December 20, 2023, Defendant produced a summary form of *Vaughn* index, except for the records that Defendant requested a consult from the Internal Revenue Service/U.S. Department of Justice Tax Division, for use in helping to determine Plaintiff's satisfaction with Defendant's processing and releases. Defendant received the consult for the Internal Revenue Service/U.S. Department of Justice Tax Division. However, the Internal Revenue Service/U.S. Department of Justice Tax Division was unable to review the grand jury records included in the consult. On July 16, 2024, Defendant produced a *Vaughn* index for the records from the consult with the exception of grand jury records. On September 17, 2024, Defendant produced a *Vaughn* index for the grand jury records.

On January 2, 2025, Plaintiff informed Defendant that Plaintiff does not challenge the sufficiency of the search and does challenge the government's withholding of certain documents, which are highlighted in the attached draft *Vaughn* indices.

As such, the parties propose that the Court enter a briefing schedule for Rule 56 briefing. A proposed order is attached.

Dated: January 27, 2025                      Respectfully Submitted,

/s/ Kelly B. McClanahan                      /s/ Joseph F. Carilli, Jr.
Kelly B. McClanahan, D.C. Bar #984704        JOSEPH F. CARILLI, JR.
National Security Counselors                 N.H. Bar No. 15311
1451 Rockville Pike                          Assistant United States Attorney
Suite 250                                    Civil Division
Rockville, MD 20852                          U.S. Attorney's Office
501-301-4672                                   for the District of Columbia
Kel@NationalSecurityLaw.org                  601 D St. N.W.
                                             Washington, D.C. 20001
*Attorney for Plaintiff*                     Telephone: (202) 252-2525
                                             E-mail: joseph.carilli@usdoj.gov

                                             *Attorneys for United States of America*

Attachment

Draft *Vaughn* Index

Executive Office for United States Attorneys

| DOC# Bates# | No. of PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION |
|---|---|---|---|---|
| | | **JAMES SIMON**<br>**FOIA NO.  2016-00796**<br>**CIV. NO.  (D.C.) 16-671** | | **SUMMARY OF ABBREVIATIONS**<br>**"RIF"- Released in full**<br>**"RIP"- Released in part**<br>**"WIF"-Withheld in full**<br>**"NS"  - Deemed not segregable after review for segregability.** |
| | | **Query 1** | | |
| 1<br><br>00001 | 3 | Case Brief discussing aspects of the case as well as prosecution strategy | (b)(5), j(2)<br>**WIF** | Intra-agency memorandum between DOJ personnel discussing aspects related to the case.  Document contains factual background, discussion of evidence, and legal analysis of charges potentially to be brought, as well as proposed course of action to be taken.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. |
| 2<br><br>3971 | 20 | Draft of a Grand Jury Indictment | (b)(3), (b)(5), j(2)<br>**WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. |
| 3<br><br>3991 | 26 | Draft of a Grand Jury Indictment | (b)(3), (b)(5), j(2)<br>**WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. |

| | | Query 2 | | |
|---|---|---|---|---|
| 4<br><br>4157 | 24 | Draft of a Grand Jury Indictment | (b)(3),<br>(b)(5),<br>j(2)<br>**WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. |
| 5<br><br>4224 | 8 | Indictment Approval Form. Contains background, investigative, and evidentiary information. | (b)(5),<br>j(2)<br>**WIF** | Intra-agency memorandum between DOJ personnel discussing aspects related to the case.  Document contains factual background, discussion of evidence, and legal analysis of charges potentially to be brought, as well as proposed course of action to be taken.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. |
| 6<br><br>4285 | 2 | Unsigned draft letter from USAO discussing legal issues arising during preparation of the case (July 28, 2010) | (b)(5),<br>(b)(6)<br>(b)(7)(C),<br>j(2)<br>**WIF** | Both pages of AUSA working draft letter discussing *Brady* material and investigations performed by Special Agents of the IRS |
| 7<br><br>4287 | 2 | USAO letter to Special Agent discussing the Grand Jury aspect of the investigation.  (May 28, 2019) | (b)(3),<br>(b)(5),<br>(b)(6),<br>j(2)<br>**WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. |
| 8 | 3 | Attorney notes and preparatory issues regarding Grand Jury witness | (b)(3),<br>(b)(5), | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves |

| 4312 | | | (b)(7)(C), j(2) **WIF** | the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. |
|---|---|---|---|---|
| 9<br><br>4316 | 3 | Attorney notes and preparatory issues regarding Grand Jury witness | (b)(3), (b)(5), (b)(7)(C), j(2) **WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury. Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. |
| 10<br><br>4319 | 2 | Attorney notes and preparatory issues regarding Grand Jury witness | (b)(3), (b)(5), (b)(7)(C), j(2) **WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury. Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. |
| 11<br><br>4406 | 18 | PSR Memorandum (2/3/2011) | (b)(5), (b)(7)(C), j(2) **WIF** | Intra-agency memorandum between DOJ personnel discussing aspects related to Presentence Investigation Report. Document contains factual background, discussion of evidence, and legal analysis of charges potentially to be brought, as well as proposed course of action to be taken. All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within.<br><br>In addition, portions of memo containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 12 | 13 | Sentencing Outline, contains witness testimony and government's | (b)(5), (b)(7)(C), j(2) | Document contains factual background, discussion of fraud, tax evasion, and legal analysis of charges potentially to be brought. All pages withheld by application of exemption (b)(5) to protect privileged |

| 4430 | | considerations of offenses | **WIF** | attorney work product and deliberative process within.<br>In addition, portions of memo containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
|------|---|---|---|---|
| | | | | |
| | | **Query 3** | | |
| 13<br><br>4280 | 2 | Letter from USAO to counsel (3/4/2011) | (b)(5),<br>(b)(6)<br>(b)(7)(C),<br>j(2)<br>**WIF** | Both pages of AUSA working draft letter discussing *Brady* material |
| 14<br><br>4290 | 5 | Attorney Subpoena (6/15/2010) | (b)(7)(C),<br>j(2)<br>**WIF** | Contains information about third parties which were withheld by application of exemption (b)(7)(C) to protect each individual from unwarranted invasion of personal privacy. |
| 15<br><br>4295 | 1 | Attachment to Subpoena (undated) | (b)(7)(C),<br>j(2)<br>**WIF** | Third party information withheld by application of exemption (b)(7)(C) to protect each agent and individual from unwarranted invasion of personal privacy. |
| 16<br><br>4298 | 1 | RELEASE<br>Simon's corporate organization chart | | NOTE:  This was withheld in error and will be sent to the requester along with the *Vaughn* Index. |
| 17<br><br>12021 | 4 | Emails between USAO personnel (3/4/2011) | (b)(5),<br>(b)(7)(C),<br>j(2)<br>**WIF** | Email communications between USAO personnel discussing aspects of Simon's case.  All withheld by application of exemption (b)(5) to protect privileged attorney work product.  All names of third party individuals and personal identifiers such as phone numbers, withheld by application |

| | | | | |
|---|---|---|---|---|
| | | | | of exemption (b)(7)(C) to protect each from unwarranted invasion of personal privacy. |
| 18<br><br>13010 | 55 | Memorandum between USAO personel<br>(9/3/2010) | (b)(5),<br>(b)(7)(C),<br>j(2)<br>**WIF** | Contains AUSA discussion regarding document review, factual background, and legal analysis, as well as proposed course of action to be taken.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within.  In addition, portions of memo containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C). |
| 19<br><br>41197 | 2 | Grand Jury Subpoena<br>(10/1/2008) | (b)(3),<br>(b)(5),<br>(b)(7)(C),<br>j(2)<br>**WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. |
| | | | | |
| | | **Query 4** | | |
| 20<br><br>7388 | 36 | PSR | (b)(3),<br>(b)(5),<br>(b)(7)(C),<br>j(2)<br>**WIF** | Document contains factual background, discussion of evidence, and legal analysis of charges potentially to be brought, as well as proposed course of action to be taken.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within.<br>In addition, portions of memo containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy.<br>Contains secret Grand Jury information. |
| | | | (b)(3), | Memo containing Special Agent's recommendations.  Contains Grand |

| 21 7471 | 9 | Special Agent Memorandum (3/20/2009) | (b)(5), (b)(7)(C), j(2) **WIF** | Jury Information.  Document withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process intertwined.  In addition, all third party individual names and identifiers withheld by application of exemption (b)(7)(C) to protect each from unwarranted invasion of personal privacy. |
| 22 8956 | 308 | Investigative materials and case reports. | (b)(3), (b)(5), (b)(7)(C), j(2) **WIF** | Document contains factual background, discussion of evidence, and legal analysis of charges potentially to be brought, as well as proposed course of action to be taken.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. In addition, portions of memo containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. Contains secret Grand Jury information. |
| | | | | |
| | | **Query 5** | | |
| 23 58118 | 38 | Memorandum from Professional Responsibility Advisory Office, labelled "For Use Of Department Of Justice Attorneys Only" (July 2008) | (b)(5), (b)(7)(C), j(2) **WIF** | Document discusses issues of ethics, privilege, and provides guidance.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. In addition, portions of memo containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | **Query 6** | | |
| 24 <br><br> 4218 | 6 | Opening Statement, attorney notes in preparation of prosecution. Contains third party information and attorney work product. | (b)(5), (b)(7)(C), j(2) <br> **WIF** | Statement written by USAO personnel.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. <br> In addition, portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 25 <br><br> 57542 | 2 | Email communication between USAO personnel discussing strategy, theories, and potential results of the case. | (b)(5), (b)(6) (b)(7)(C), j(2) <br> **WIF** | All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. <br> In addition, portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 26 <br><br> 57841 | 2 | Statement sent to USAO staff.  Only redactions are to USAO names and email information. (August 13, 2015) | (b)(6) (b)(7)(C), j(2) <br> **RIP** | Portions of memo containing names and identifiers, as well as email, withheld by application of exemptions (b)6 and (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 27 <br><br> 58295 | 6 | Letter between two judges dated March 2, 2011, discussing aspects of the Simon case.  Only names of third parties have been redacted. | (b)(6) (b)(7)(C), j(2) <br> **RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |

| 28 58686 | 2 | Email communication between USAO discussing summary of the case. Only names of third parties have been redacted. (March 30, 2015) | (b)(6) (b)(7)(C), j(2) **RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
|---|---|---|---|---|
| 29 60490 | 4 | List of important issues prepared by attorney in anticipation of litigation related to mail fraud. | (b)(5), j(2) **WIF** | All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. |
| 30 61043 | 3 | Memo from Simon's legal team to USAO. Only emails and names of personnel have been redacted. (December 15, 2010) | (b)(6) (b)(7)(C), j(2) **RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 31 61283 | 2 | Email to USAO regarding certain aspects of Simon's case. All information released except for names of third parties. (January 6, 2015) | (b)(6) (b)(7)(C), j(2) **RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
|  |  |  |  |  |
|  |  | **Query 7** |  |  |
| 32 13479 | 3 | Email communication regarding package delivery. Only identifying information and names of third parties have been redacted. | (b)(6) (b)(7)(C), j(2) **RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |

| | | | | |
|---|---|---|---|---|
| 33<br><br>59982 | 1 | Attachment to Subpoena.  Only name of third party has been withheld. | (b)(6)<br>(b)(7)(C),<br>j(2)<br>**RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| | | | | |
| | | **Query 8** | | |
| 34<br><br>61219 | 2 | Email between USAO attorneys discussing changes and prospective issues in the case against Simon. Document contains attorney work product and deliberative process discussion as to the effects of new developments. | (b)(5),<br>(b)(6)<br>(b)(7)(C),<br>j(2)<br>**WIF** | All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within.<br>In addition, portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| | | | | |
| | | **Query 9** | | |
| 35<br><br>1089 | 31 | Government's memo regarding sentencing, including reasons specific to the case. | (b)(5),<br>(b)(6)<br>(b)(7)(C),<br>j(2)<br>**WIF** | All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within.<br>In addition, portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 36<br><br>58502 | 9 | Document titled "Implications of recent administrative relief for failure to file FBAR crimes" Contains discussions covering | (b)(5),<br>(b)(6)<br>(b)(7)(C),<br>j(2) | All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within.<br>In addition, portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) |

| | | issues that may or may not apply to Simon's case. | **WIF** | to protect each person from unwarranted invasion of personal privacy. |
|---|---|---|---|---|
| | | **Query 10** | | |
| 37 59421 | 4 | Document titled "Statement of Reasons", it is labelled "Not For Public Disclosure" contains court findings regarding issues in Simon's case. | (b)(5), (b)(6) (b)(7)(C), j(2) **WIF** | All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. In addition, portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 38 4239 | 3 | Government's memorandum regarding fees relating to the PSR (January 19, 2011) | (b)(5), (b)(6) (b)(7)(C), j(2) **WIF** | All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. In addition, portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 39 4282 | 2 | Email between Simon's attorney and USAO, only third party information and names have been redacted. | (b)(6) (b)(7)(C), j(2) **RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 40 4296 | 2 | Email between Simon's attorney and USAO, only third party information and names have been redacted. | (b)(6) (b)(7)(C), j(2) **RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 41 58179 | 13 | Document titled: "Factual Objections,Corrections, Clarifications" Released in its entirety except for names and identifying info of third parties | (b)(6) (b)(7)(C), j(2) **RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |

| | | which have been redacted. | | |
|---|---|---|---|---|
| 42<br><br>61373 | 2 | Notice of Opposition to Government Objections.  Only identifying info and names of third parties are redacted. | (b)(6)<br>(b)(7)(C),<br>j(2)<br>**RIP** | Portions of memo containing names and identifiers, as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| | | | | |
| | | **Query 11** | | No withheld documents. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Draft *Vaughn* Index

Tax Division/Internal Revenue Service

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doc 2218 37pg | 3/18/2020 | 2218 | 2254 | 37 | 0 | 8 | | | Yes | Third party return information | b3/6103 | Redacted material is the return information of third-party taxpayers, which the IRS is not authorized to release to plaintiffs. |
| 00011615 27pg IRS | 6/16/2020 | 11615 | 11641 | 27 | | 27 | | | Yes | Memoranda discussing factual development and legal analysis in Simon case. | (b)(5); WP, DP, A/C | Comments and memoranda regarding decisions to be made during an investigation, including the thoughts and impressions of attorneys and special agents regarding legal consequences from preliminary fact development. |
| Doc 4459 3pg IRS | 6/16/2020 | 4459 | 4461 | 3 | 0 | 0 | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | Yes | Computation of tax due prepared by Special Agent | | |
| Doc 4447 3pg IRS | 6/16/2020 | 4447 | 4449 | 3 | 0 | 0 | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | Yes | Computation of tax due prepared by Special Agent | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doc 4450 3pg IRS | 6/16/2020 | 4450 | 4452 | 3 | 0 | 0 | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | Yes | Computation of tax due prepared by Special Agent | | |
| Doc 4456 3pg IRS | 6/16/2020 | 4456 | 4458 | 3 | 0 | 0 | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | Yes | Computation of tax due prepared by Special Agent | | |
| Doc 4453 3pg IRS | 6/16/2020 | 4453 | 4455 | 3 | 0 | 0 | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | Yes | Computation of tax due prepared by Special Agent | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doc 4351 44pg IRS | 6/16/2020 | 4351 | 4394 | 44 | 0 | 44 | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | Yes | | b3/6103(e)(7) | Redacted material is the return information of plaintiff, the disclosure of which would seriously impair tax administration and risk circumvention of the law by revealing how the Service gathers, uses, and analyzes data in investigations and examinations. |
| Doc 4274 6pg IRS | 6/16/2020 | 4274 | 4279 | 6 | 0 | 0 | | | | Affidavit of David Lockwood on work for Simon | | |
| 00031079 212 pg IRS | 7/31/2020 | 31134 | 31135 | 2 | 0 | 0 | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | Yes | Memo of contact from Muschell and National City Bank | | |
| 00031079 212 pg IRS | 7/31/2020 | 31191 | 31204 | 15 | 0 | 0 | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | Yes | IMF transcripts for Simon | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simon referral Part 1 | 2/28/2020 | 8971 | 9006 | 36 | 0 | 36 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 1 | 2/28/2020 | 9007 | 9007 | 1 | 0 | 0 | | | | Cover sheet | | |
| Simon referral Part 1 | 2/28/2020 | 9008 | 9054 | 47 | | 47 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 1 | 2/28/2020 | 9055 | 9055 | 1 | 0 | 0 | | | | Cover sheet | | |
| Simon referral Part 1 | 2/28/2020 | 9056 | 9064 | 9 | 0 | 9 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simon referral Part 1 | 2/28/2020 | 9092 | 9096 | 5 | 0 | 5 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 1 | 2/28/2020 | 9118 | 9136 | 19 | 0 | 0 | | | | Document summarizing evidence and conclusions with respect to Simon's tax liability. Copies of Simon's filed returns to substantiate underreporting. | | |
| Simon referral Part 2 | 2/28/2020 | 9137 | 9149 | 13 | 0 | 0 | | | | Document summarizing evidence and conclusions with respect to Simon's tax liability. Copies of Simon's filed returns to substantiate underreporting. | | |
| Simon referral Part 2 | 2/28/2020 | 9197 | 9198 | 2 | 0 | 2 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 2 | 2/28/2020 | 9151 | 9163 | 13 | 0 | 0 | | | | Document summarizing evidence and conclusions with respect to Simon's tax liability. Copies of Simon's filed returns to substantiate underreporting. | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simon referral Part 2 | 2/28/2020 | 9215 | 9215 | 1 | 0 | 1 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 2 | 2/28/2020 | 9216 | 9218 | 3 | 0 | 0 | | | | Cover sheet | | |
| Simon referral Part 2 | 2/28/2020 | 9219 | 9229 | 11 | 0 | 11 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 2 | 2/28/2020 | 9230 | 9230 | 1 | 0 | 0 | | | | Cover sheet | | |
| Simon referral Part 2 | 2/28/2020 | 9231 | 9241 | 11 | 0 | 11 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 2 | 2/28/2020 | 9242 | 9243 | 2 | 0 | 0 | | | | Cover sheet | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simon referral Part 2 | 2/28/2020 | 9244 | 9244 | 1 | 0 | 1 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 2 | 2/28/2020 | 9245 | 9245 | 1 | 0 | 0 | | | | Cover sheet | | |
| Simon referral Part 2 | 2/28/2020 | 9246 | 9247 | 2 | 0 | 2 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 2 | 2/28/2020 | 9248 | 9248 | 1 | 0 | 0 | | | | Cover sheet | | |
| Simon referral Part 2 | 2/28/2020 | 9249 | 9249 | 1 | 1 | 0 | | | | | b7E | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| Simon referral Part 2 | 2/28/2020 | 9250 | 9250 | 1 | 0 | 0 | | | | | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simon referral Part 2 | 2/28/2020 | 9251 | 9251 | 1 | 1 | 0 | | | | | b7E | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| Simon referral Part 2 | 2/28/2020 | 9252 | 9254 | 3 | 0 | 0 | | | | Cover sheet. | | |
| Simon referral Part 2 | 2/28/2020 | 9255 | 9255 | 1 | 0 | 1 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 2 | 2/28/2020 | 9256 | 9256 | 1 | 0 | 0 | | | | Cover sheet. | | |
| Simon referral Part 2 | 2/28/2020 | 9257 | 9257 | 1 | 0 | 1 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Simon referral Part 2 | 2/28/2020 | 9258 | 9263 | 5 | 0 | 0 | | | | Cover sheet. Interview questions | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simon referral Part 2 | 2/28/2020 | 11626 | 11641 | 16 | 0 | 16 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| Pages from Simon IRS referral interview outline | | 9262 | 9263 | 2 | 0 | 0 | | | | Interview questions for potential witnesses | | |
| Simon Han review IncomingCorrespondence_2680280_pages to be released | 7/31/2020 | | | 4 | | | | | | Cover pages for files | | |
| Simon Han review Pages 141-143 from IncomingCorrespondence_2680280_Redacted | Jul-20 | | | | 0 | 2 | | | | Email conveying interview outline from SA Muschell to AUSA MillerLowery | b7E | Passwords to protect electronic information constitute information used by the Service to conduct investigations and examinations, and disclosure of such specific details would risk circumvention of the law by allowing third parties to potentially access internal documents created for law enforcement purposes. |
| Simon Han review Redacted F17187-0081 | Jul-20 | | | 503 | 63 | 0 | | | | | b7E. b7A, b3/6103, b5 | Memos, documents prepared as part of legal investigation discussing scope and direction of investigation. Information contained within documents described methods for obtaining information as part of investigation. Deliberative materials on theories to apply to the case. Information contains investigatory techniques and methods for undercovering illegal tax actions. Disclosure of information would negatively impact tax administration. |
| _00004254 2pgs IRS | 1/24/2023 | | | 2 | 0 | 0 | | | | | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| _00060421 3pgs IRS | 1/24/2023 | | | 3 | 3 | | | | | | b7E | Description of law enforcement plans on conducting Simon investigation. Release of this information will disclose IRS SA techniques and methodologies. |
| _00014169 9pgs IRS | 1/24/2023 | 14169 | 14177 | 9 | 0 | 4 | | | | Memo of interview | b7F | Addresses of informants which would be an unwarranted invasion of personal privacy. The contact information could also reasonably be expected to endanger the physical safety of those participating in a criminal investigation |
| **GRAND JURY REFERRALS** | | | | | | | | | | | | |
| Doc 7471 9pg IRS | 6/16/2020 | | | | | | | | | | | **Did not review--marked Grand Jury; referred to AUSA for the Northern District of IN.** |
| 00012205 9pg IRS | 7/31/2020 | | | | | | | Grand Jury--DID NOT REVIEW | | | | |
| Simon responsive docs 27pg IRS Grand Jury | | | | | | | | | | | b3/FRCrP 6e | |
| doc 00007424 47pg IRS | | | | | | | | | | | b3/FRCrP 6e | |
| doc 00007817 38pg IRS | | | | | | | | | | | b3/FRCrP 6e | |
| doc 000078555 43pg IRS | 7/31/2020 | | | | | | | | | | b3/FRCrP 6e | |
| doc 00007898 33pg IRS | | | | | | | | | | | b3/FRCrP 6e | |
| _00060805 34pgs IRS | | | | | | | | | | | b3/FRCrP 6e | |
| _00060846 34pgs IRS | | | | | | | | | | | b3/FRCrP 6e | |
| | | | | | | | | | | | | |
| **Non responsive pages** | | | | | | | | | | | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00031079 212 pg IRS | 7/31/2020 | 31079 | 31133 | 54 | 0 | 0 | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | | | |
| 00031079 212 pg IRS | 7/31/2020 | 31136 | 31190 | 55 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | | | |
| 00031079 212 pg IRS | 7/31/2020 | 31205 | 31290 | 86 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00034280_Part1 150 pg IRS | 7/31/2020 | 18541 | 18690 | 150 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |
| 00034280_Part5 150 IRS | Aug-20 | 19141 | 19290 | 150 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |
| 00034280_Part6 150 IRS | Aug-20 | 19291 | 19440 | 150 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00034280_Part7 150 IRS | Aug-20 | 19441 | 19590 | 150 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |
| 00034280_Part8 3 IRS | Aug-20 | 19591 | 19593 | 3 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |
| 000034280_Part 1 150pg IRS | | 18541 | 18690 | 150 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |

| Document title | Referral date | First Page | Last Page | Total | WIP | WIF | Query | Query description | Responsive | Document Description | Exemption(s) | Description of Redacted Material |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00034280_Part2 150pg IRS | | 18691 | 18840 | 150 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |
| 00034280_Part3 150pg IRS | | 18841 | 18990 | 150 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |
| 00034280_Part4 150pg IRS | | 18991 | 19140 | 150 | | | 3 | All records created between 1995-2015, inclusive, which discuss questions of tax harm, including, but not limited to, the existence or nonexistence thereof and/or the effect that payments made by JAS Partners to Simon would have on his tax liability. | No | Billing statements obtained as part of investigation. No records discussing tax harm as a result of these records that would be responsive to the request. | | |

Draft *Vaughn* Index

Grand Jury Records

| IRS DOC Bates# | PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION |
|---|---|---|---|---|
| | | **JAMES SIMON**<br>**FOIA NO. 2016-00796**<br>**CIV. NO. (D.C.) 16-671** | | **SUMMARY OF ABBREVIATIONS**<br>**"RIF"- Released in full**<br>**"RIP"- Released in part**<br>**"WIF"-Withheld in full**<br>**"NS" - Deemed not segregable after review for segregability.** |
| | | **SUPPLEMENTAL VAUGHN INDEX FOR IRS RECORDS** | | |
| | | Records described below were part of several referrals to IRS. Upon determination of record type, they were returned to EOUSA for processing. Documents numbered 51-59, and 62-73, correspond to those identified in the IRS Vaughn Index. | | |
| | | | | |
| 51<br><br>7471 | 9 | Department of the Treasury document containing Grand Jury information and discussion of tax fraud investigation. (3/20/2009)<br><br>Contains secret Grand Jury information. | (b)(3),<br>(b)(5),<br>(b)(6)<br>(b)(7)(C),<br>j(2)<br>**WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury. Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators.<br>Memo containing Special Agent's recommendations. Contains Grand Jury Information. Document withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative |

| | | | | |
|---|---|---|---|---|
| | | | | process intertwined.  In addition, all third party individual names and identifiers withheld by application of exemption (b)(7)(C) to protect each from unwarranted invasion of personal privacy. |
| 52

12205 | 9 | Duplicate of Document 51, above. | | |
| 53

11615 | 27 | Memorandum for the Deputy Assistant Attorney General concerning Grand Jury investigation

Contains secret Grand Jury information. | (b)(3), (b)(5), (b)(6) (b)(7)(C), j(2) **WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. Document withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process intertwined. In addition, all third party individual names and identifiers withheld by application of exemption (b)(7)(C) to protect each from unwarranted invasion of personal privacy. |
| 54

7424 | 47 | Investigative report prepared by a Special Agent to be provided to Grand Jury.  Contains details and procedures used by law enforcement.

Contains secret Grand Jury information. | (b)(3), (b)(5), (b)(6) (b)(7)(C), j(2) **WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. Document withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process intertwined. In addition, all third party individual names and identifiers withheld by application of exemption (b)(7)(C) to protect each from unwarranted invasion of personal privacy. |
| 55

7817 | 38 | Draft affidavit prepared by a Special Agent describing steps of the investigation along with findings, conclusions, and recommendations. | (b)(5), (b)(7)(C), j(2) **WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, |

| | | | | |
|---|---|---|---|---|
| | | Contains secret Grand Jury information. | | substance of testimony, and strategy and direction of the investigators. Document contains factual background, discussion of evidence, and legal analysis of charges potentially to be brought, as well as proposed course of action to be taken.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. In addition, portions of memo containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 56<br><br>7855 | 43 | Draft affidavit prepared by a Special Agent of the Internal Revenue Service.  Contains specific information regarding investigation of Mr. Simon, tax offender characteristics, background, and evidence of criminal violations in order to obtain a search warrant. | (b)(3), (b)(5), (b)(7)(C), j(2)<br>**WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. Document contains factual background, discussion of evidence, and legal analysis of charges potentially to be brought, as well as proposed course of action to be taken.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within. In addition, portions of document containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C) to protect each person from unwarranted invasion of personal privacy. |
| 57<br><br>7898 | 33 | Document used in the application for a search warrant prepared by Special Agent involved in the investigation.  It contains explanations and reasons for further law enforcement action to be taken with respect to tax fraud and other | (b)(3), (b)(5), (b)(7)(C), j(2)<br>**WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators. Contains factual, background, and legal analysis, as well as proposed course of action to be taken.  All pages withheld by application of |

| | | | | |
|---|---|---|---|---|
| | | financial crimes.<br><br>Contains secret Grand Jury information. | | exemption (b)(5) to protect privileged attorney work product and deliberative process within.<br>In addition, portions of memo containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C). |
| 58<br><br>60805 | 34 | Draft document prepared for the Grand Jury proceeding outlining the theory of the investigation and prosecution of Mr. Simon.<br><br>Contains secret Grand Jury information. | (b)(3),<br>(b)(5),<br>(b)(7)(C),<br>j(2)<br>**WIF** | Rule 6(e) of the Federal Rules of Criminal Procedure regulates the disclosure of matters occurring before a Grand Jury.  Rule 6(e) preserves the secrecy of the Grand Jury materials which encompasses transcripts, exhibits, anything that would reveal identity of witnesses/jurors, substance of testimony, and strategy and direction of the investigators.<br>Contains factual, background, and legal analysis, as well as proposed course of action to be taken.  All pages withheld by application of exemption (b)(5) to protect privileged attorney work product and deliberative process within.<br>In addition, portions of memo containing names and identifiers of law enforcement officials (state/local/federal) as well as third party individuals, withheld by application of exemption (b)(7)(C). |
| 59<br><br>60846 | 34 | Duplicate of Document 58, above. | | |
| 62<br><br>31079 | 212 | Non-responsive document | | |
| 63<br><br>31079 | 212 | Duplicate of Document 62, above. Non-responsive. | | |

| 64 31079 | 212 | Duplicate of Document 63, above. Non-responsive. | | |
|---|---|---|---|---|
| 65 18541 | 150 Part 1 | Non-responsive document. This is a part of a larger document consisting of 1053 pages. For ease of electronic transmission, it has been separated into 7 parts of 150 pages each, and 1 part of 3 pages. | | Billing statements |
| 66 19141 | 150 Part 5 | Non-responsive document cont. | | Billing statements |
| 67 19291 | 150 Part 6 | Non-responsive document cont. | | Billing statements |
| 68 19441 | 150 Part 7 | Non-responsive document cont. | | Billing statements |
| 69 19591 | 3 Part 8 | Non-responsive document cont. | | Billing statements |
| 70 18541 | 150 | Duplicate of Document 65 above. (Part 1) | | Billing statements |

| | | | | |
|---|---|---|---|---|
| 71<br><br>18691 | 150<br><br>Part 2 | Non-responsive document cont. | | Billing statements |
| 72<br><br>18841 | 150<br><br>Part 3 | Non-responsive document cont. | | Billing statements |
| 73<br><br>18991 | 150<br><br>Part 4 | Non-responsive document cont. | | Billing statements |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,                                          **)** | |
| **)** | |
| Plaintiff,                           **)** | |
| **)** | |
| v.                                 **)**  Civil Action No. 16-0671 (APM) | |
| **)** | |
| U.S. DEPARTMENT OF JUSTICE,          **)** | |
| EXCUTIVE OFFICE FOR UNITED           **)** | |
| STATES ATTORNEYS,                    **)** | |
| **)** | |
| Defendant.                       **)** | |
| **)** | |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that:

1.      Defendant shall file its motion for summary judgment by March 28, 2025;

2.      Plaintiff shall file his cross-motion for summary judgment and opposition to Defendant's motion for summary judgment by April 25, 2025;

3.      Defendant shall file its reply in support of motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment by May 23, 2025; and

4.      Plaintiff shall file his reply in support of cross-motion for summary judgment by June 9, 2025.

It is **SO ORDERED** this _____ day of _____, 2025.

_____
AMIT P. MEHTA
U.S. District Court Judge