UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES A. SIMON,<br><br>       Plaintiff,<br><br>       v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXCUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS,<br><br>       Defendant. | Civil Action No. 16-0671 (APM) |

**ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that:

1. Defendant shall file its motion for summary judgment by March 28, 2025;

2. Plaintiff shall file his cross-motion for summary judgment and opposition to Defendant's motion for summary judgment by April 25, 2025;

3. Defendant shall file its reply in support of motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment by May 23, 2025; and

4. Plaintiff shall file his reply in support of cross-motion for summary judgment by June 9, 2025.

It is **SO ORDERED** this 27th day of January, 2025.

AMIT P. MEHTA
U.S. District Court Judge