UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXECUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS,<br><br>      Defendant. | Civil Action No. 16-0671 (APM) |

## MOTION TO MODIFY THE BRIEFING SCHEDULE

Defendant, by and through undersigned counsel, respectfully submits this motion to modify the briefing schedule. Pursuant to Local Civil Rule 7(m), the undersigned counsel, via electronic mail, sought Plaintiff's position on this motion. Plaintiff responded that Plaintiff would not oppose the relief sought.

On January 28, 2025, the Court set a briefing schedule. Order (ECF No. 102). Due to unforeseen developments, the undersigned is unable to meet the existing schedule. In addition to his normal caseload, the undersigned counsel has been assigned to prepare the government's response to three Rule 65 motions (assigned respectively on February 19, 2025, March 3, 2025, and March 13, 2025) and to assist with a fourth (assigned on March 19, 2025). As a result, the undersigned counsel requires additional time to complete the government's motion for summary judgment in this case. Therefore, Defendant respectfully requests that the Court modify the briefing schedule as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Defendant's Motion for Summary Judgment | March 28, 2025 | April 4, 2025 |
| Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | April 25, 2025 | May 2, 2025 |
| Defendant's Reply in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | May 23, 2025 | May 30, 2025 |
| Plaintiff's Reply In Support of Plaintiff's Motion for Summary Judgment | June 9, 2025 | June 16, 2025 |

This request is filed in good faith and should not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request to modify the briefing schedule. Allowing a reasonable amount to allow the government to complete its brief, which should be helpful to determining how this case should proceed, serves the interests of the parties and the Court.

WHEREFORE, Defendant respectively requests the Court grant this motion. A proposed order is attached.

Dated:   March 20, 2025                                 Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

/s/ *Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
joseph.carilli@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXECUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS,<br><br>      Defendant. | Civil Action No. 16-0671 (APM) |

## [PROPOSED] ORDER

Before the Court is Defendant's Motion to Modify the Briefing Schedule. Upon consideration of the motion, and good cause appearing to support the relief requested, it is ORDERED that:

1. Defendant shall file its motion for summary judgment by April 4, 2025;

2. Plaintiff shall file his cross-motion for summary judgment and opposition to Defendant's motion for summary judgment by May 2, 2025;

3. Defendant shall file its reply in support of motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment by May 30, 2025; and

4. Plaintiff shall file his reply in support of cross-motion for summary judgment by June 16, 2025.

It is **SO ORDERED** this _____ day of _____, 2025.

                                                                                              AMIT P. MEHTA
                                                                                              U.S. District Court Judge