UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES A. SIMON,

        Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,
EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS,

        Defendant.

Civil Action No. 16-0671 (APM)

## ORDER

Before the Court is Defendant's Motion to Modify the Briefing Schedule. Upon consideration of the motion, and good cause appearing to support the relief requested, it is ORDERED that:

1. Defendant shall file its motion for summary judgment by April 4, 2025;

2. Plaintiff shall file his cross-motion for summary judgment and opposition to Defendant's motion for summary judgment by May 2, 2025;

3. Defendant shall file its reply in support of motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment by May 30, 2025; and

4. Plaintiff shall file his reply in support of cross-motion for summary judgment by June 16, 2025.

It is **SO ORDERED** this _____ day of _____, 2025.

_____
AMIT P. MEHTA
U.S. District Court Judge