UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXECUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS,<br><br>      Defendant. | Civil Action No. 16-0671 (APM) |

## MOTION TO MODIFY THE BRIEFING SCHEDULE

Defendant, by and through undersigned counsel, respectfully submits this motion to modify the briefing schedule. Pursuant to Local Civil Rule 7(m), the undersigned counsel, via electronic mail, sought Plaintiff's position on this motion. Plaintiff responded that Plaintiff would not oppose the relief sought.

On March 25, 2025, the Court modified the briefing schedule. Min. Order. Due to unanticipated medical issue, the undersigned counsel is unable to meet the existing schedule. As a result, the undersigned counsel requires additional time to complete the government's motion for summary judgment in this case. Therefore, Defendant respectfully requests that the Court modify the briefing schedule as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Defendant's Motion for Summary Judgment | April 4, 2025 | April 8, 2025 |
| Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | May 2, 2025 | May 8, 2025 |

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Defendant's Reply in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | May 30, 2025 | No change |
| Plaintiff's Reply In Support of Plaintiff's Motion for Summary Judgment | June 16, 2025 | No change |

This request is filed in good faith and should not unduly delay the Court's resolution of this matter because the final two briefing deadlines will not be changed. This motion represents Defendant's second request to modify the briefing schedule. Allowing a reasonable amount to allow the government to complete its brief, which should be helpful to determining how this case should proceed, serves the interests of the parties and the Court.

WHEREFORE, Defendant respectively requests the Court grant this motion. A proposed order is attached.

Dated:   April 2, 2025

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

/s/ *Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
joseph.carilli@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXECUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS,<br><br>      Defendant. | Civil Action No. 16-0671 (APM) |

**[PROPOSED] ORDER**

Before the Court is Defendant's Motion to Modify the Briefing Schedule. Upon consideration of the motion, and good cause appearing to support the relief requested, it is ORDERED that:

1. Defendant shall file its motion for summary judgment by April 8, 2025;

2. Plaintiff shall file his cross-motion for summary judgment and opposition to Defendant's motion for summary judgment by May 8, 2025;

3. Defendant shall file its reply in support of motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment by May 30, 2025; and

4. Plaintiff shall file his reply in support of cross-motion for summary judgment by June 16, 2025.

It is **SO ORDERED** this _____ day of _____, 2025.

_____
AMIT P. MEHTA
U.S. District Court Judge