UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXECUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS,<br><br>　　　　Defendant. | Civil Action No. 16-0671 (APM) |

**ORDER**

Before the Court is Defendant's Motion to Modify the Briefing Schedule. Upon consideration of the motion, and good cause appearing to support the relief requested, it is ORDERED that:

1. Defendant shall file its motion for summary judgment by April 8, 2025;

2. Plaintiff shall file his cross-motion for summary judgment and opposition to Defendant's motion for summary judgment by May 8, 2025;

3. Defendant shall file its reply in support of motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment by May 30, 2025; and

4. Plaintiff shall file his reply in support of cross-motion for summary judgment by June 16, 2025.

It is **SO ORDERED** this __2nd__ day of _____April_____, 2025.

Amit Mehta
Digitally signed by Amit Mehta
Date: 2025.04.02 21:27:40 -04'00'

AMIT P. MEHTA
U.S. District Court Judge