UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXECUTIVE OFFICE FOR<br>UNITED STATES ATTORNEYS,<br><br>    Defendant. | Civil Action No. 16-0671 (APM) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    Defendant, the Executive Office for United States Attorneys ("EOUSA"), respectfully moves for summary judgment in its favor in this Freedom of Information Act ("FOIA") case brought by Plaintiff James A. Simon.  As explained in the accompanying brief and supporting materials, EOUSA is entitled to summary judgment because it conducted an appropriate search for records and released all responsive, nonexempt information in connection with Plaintiff's FOIA request.  EOUSA properly withheld information under FOIA Exemptions 3, 5, 6, and 7(C) and released all reasonably segregable material.  Defendant is therefore entitled to summary judgment in this matter.  A proposed order is attached.

*  *  *

Dated: April 8, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:       /s/ Joseph F. Carilli, Jr.
     JOSEPH F. CARILLI, JR.
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2525

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXECUTIVE OFFICE FOR<br>UNITED STATES ATTORNEYS,<br><br>    Defendant. | Civil Action No. 16-0671 (APM) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for summary judgment and Plaintiff's cross-motion for summary judgment, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED;

ORDERED that Plaintiff's cross-motion is DENIED; and it is further

ORDERED that summary judgment is GRANTED in favor of Defendant.

SO ORDERED:

_____                            _____
Date                                                                        AMIT P. MEHTA
                                                                                   United States District Judge