UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES A. SIMON,

            Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,
EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS,

            Defendant.

Civil Action No. 16-0671 (APM)

## JOINT MOTION TO MODIFY THE BRIEFING SCHEDULE

Plaintiff James A. Simon ("Plaintiff") and Defendant U.S. Department of Justice, Executive Office for United States Attorneys ("Defendant") (collectively, "the Parties"), respectfully submit this motion to modify the briefing schedule.

On April 3, 2025, the Court modified the briefing schedule. Min. Order. Due to caseload, Plaintiff's counsel is unable to meet the existing schedule. As a result, Plaintiff's counsel requires additional time to complete his opposition to the government's motion for summary judgment in this case. Therefore, the Parties respectfully request that the Court modify the briefing schedule as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | May 8, 2025 | May 16, 2025 |
| Defendant's Reply in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment | May 30, 2025 | June 6, 2025 |
| Plaintiff's Reply In Support of Plaintiff's Motion for Summary Judgment | June 16, 2025 | June 24, 2025 |

This request is filed in good faith and should not unduly delay the Court's resolution of this matter.  This motion represents the Parties' first request to modify the briefing schedule.  Allowing a reasonable amount to allow Plaintiff to complete his brief, which should be helpful to determining how this case should proceed, serves the interests of the parties and the Court.

WHEREFORE, the Parties respectively request the Court grant this motion.  A proposed order is attached.

Dated:   May 8, 2025

/s/ Kelly B. McClanahan
Kelly B. McClanahan, D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
Kel@NationalSecurityLaw.org

*Attorney for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

/s/ *Joseph F. Carilli, Jr.*
JOSEPH F. CARILLI, JR.
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
joseph.carilli@usdoj.gov

*Attorneys for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES A. SIMON,

        Plaintiff,

    v.

U.S. DEPARTMENT OF JUSTICE,
EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS,

        Defendant.

Civil Action No. 16-0671 (APM)

## **[PROPOSED] ORDER**

Before the Court is the Parties' Motion to Modify the Briefing Schedule. Upon consideration of the motion, and good cause appearing to support the relief requested, it is ORDERED that:

1.    Plaintiff shall file his cross-motion for summary judgment and opposition to Defendant's motion for summary judgment by May 16, 2025;

2.    Defendant shall file its reply in support of motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment by June 6, 2025; and

3.    Plaintiff shall file his reply in support of cross-motion for summary judgment by June 24, 2025.

It is **SO ORDERED** this _____ day of _____, 2025.

_____
AMIT P. MEHTA
U.S. District Court Judge