UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>  Defendant. | Civil Action No. 16-0671 (APM) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian J. Levy and remove the appearance of Assistant United States Attorney Joseph F. Carilli, Jr., as counsel for Defendants in the above-captioned case.

Dated: May 16, 2025                   Respectfully submitted,


By:      */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6734

*Attorney for the United States of America*