UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES A. SIMON,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>EXECUTIVE OFFICE FOR U.S.<br>ATTORNEYS,<br><br>      Defendant. | Civil Action No. 16-0671 (APM) |

**DEFENDANT'S CONSENT MOTION TO MODIFY
THE SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(b), by and through undersigned counsel, Defendant respectfully moves to modify the briefing schedule entered by the Court on May 9, 2025. The Undersigned was recently assigned this case and will need additional time to prepare a reply in support of Defendants' motion for summary judgment. Pursuant to Rule 7(m), the Undersigned requested Plaintiff's position. Plaintiff consents to an extension and the parties agreed to propose the following revised briefing schedule.

1.      Plaintiff shall file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment by May 28, 2025.

2.      Defendant shall file its Reply in Support of Summary Judgment and Opposition to Plaintiff's Cross-Motion by June 25, 2025.

3.      Plaintiff shall file his Reply in Support of Summary Judgment by July 17, 2025.

- 2 -

A proposed order is attached.

Dated: May 16, 2025             Respectfully submitted,
       Washington, DC
                                JEANINE FERRIS PIRRO
                                United States Attorney


                                By: _____ */s/ Brian J. Levy*_____
                                    BRIAN J. LEVY
                                    Assistant United States Attorney
                                    601 D Street, NW
                                    Washington, DC 20530
                                    (202) 252-6734

                                *Attorneys for the United States of America*