UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE EXECUTIVE OFFICE FOR U.S. ATTORNEYS,<br><br>      Defendant. | Civil Action No. 16-0671 (APM) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond to the Complaint, it is, this ___ day of _____, 2025,

ORDERED that

1. Plaintiff shall file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment by May 28, 2025.

2. Defendant shall file its Reply in Support of Summary Judgment and Opposition to Plaintiff's Cross-Motion by June 25, 2025.

3. Plaintiff shall file his Reply in Support of Summary Judgment by July 17, 2025.

_____
UNITED STATES DISTRICT JUDGE