UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES SIMON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No.  1:16-cv-00671 (APM) |
| DEPARTMENT OF JUSTICE, | * | |
| EXECUTIVE OFFICE OF UNITED | * | |
| STATES ATTORNEYS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION TO STAY BRIEFING
OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff to respectfully move the Court to stay all briefing of Defendant's Motion to Dismiss to allow the parties to explore settlement options. Defendant consents to this Motion.

Plaintiff has good cause to request this relief. The undersigned has discussed this case at length with Plaintiff and believes that Plaintiff will soon be in a position to make a reasonable settlement offer to Defendant which would obviate the need for further briefing and resolve the case in full without further adjudication. In particular, Defendant included more previously undisclosed information in the declarations it filed with its motion, and in light of those explanations Plaintiff believes he may be able to accept the withholdings if Defendant provides answers to some of his questions. Therefore, Plaintiff proposes that the Court stay the current briefing to allow the parties to determine if they can reach an amicable agreement to dispose of this case. After consulting with Defendant's counsel, Plaintiff proposes that the parties file a

Joint Status Report by 27 June 2025, in which they advise the Court if settlement is a realistic prospect or if briefing should recommence.

      A proposed Order is attached to this Motion.

Date:   May 28, 2025

                                                 Respectfully submitted,

                                                 /s/ Kelly B. McClanahan
                                             Kelly B. McClanahan, Esq.
                                             D.C. Bar #984704
                                             National Security Counselors
                                             1451 Rockville Pike
                                             Suite 250
                                             Rockville, MD  20852
                                             501-301-4672
                                             240-681-2189 fax
                                             Kel@NationalSecurityLaw.org

                                             *Counsel for Plaintiff*