UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,                            )<br>                                                       )<br>           Plaintiff,                            )<br>                                                       )<br>      v.                                              )<br>                                                       )     Civil Action No. 16-0671 (APM)<br>U.S. DEPARTMENT OF JUSTICE,     )<br>EXCUTIVE OFFICE FOR UNITED   )<br>STATES ATTORNEYS,                    )<br>                                                       )<br>           Defendant.                         )<br>                                                       ) | |

**JOINT STATUS REPORT**

Plaintiff James A. Simon ("Plaintiff") and Defendant U.S. Department of Justice, Executive Office for United States Attorneys ("Defendant") respectfully submit this joint status report.

On May 28, 2025, Plaintiff's counsel expressed interest in settlement and requested consent to a motion to stay to make a settlement proposal. The Court ordered the parties to file a Joint Status Report by June 27, 2025, "updates the court on the status of settlement, unless a stipulation of dismissal is filed by that date." Plaintiff has been unable to make a settlement offer and instead sent a list of questions on June 27, 2025. Defendant is considering Plaintiff's list, but believes it makes sense to resume a summary judgment briefing schedule.

Defendant requested Plaintiff select a deadline by which he could file his opposition and cross-motion. Accordingly,

- Plaintiff requests that file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment shall be due on Monday, September 1, 2025;

- Defendant requests that its Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment shall be due one month after Plaintiff's Cross-Motion (i.e., Wednesday, October 1, 2025); and

- Plaintiff shall file his Reply in Support of Cross-Motion for Summary Judgment by Monday, November 3, 2025.

A proposed order is attached.

| | |
|---|---|
| Dated: June 27, 2025 | Respectfully Submitted, |
| /s/ Kelly B. McClanahan<br>Kelly B. McClanahan, D.C. Bar #984704<br>National Security Counselors<br>1451 Rockville Pike<br>Suite 250<br>Rockville, MD  20852<br>501-301-4672<br>pKel@NationalSecurityLaw.org<br><br>*Attorney for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:       /s/ Brian J. Levy<br>    BRIAN J. LEVY<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 252-6734<br><br>*Attorneys for the United States of America* |