UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXCUTIVE OFFICE FOR UNITED<br>STATES ATTORNEYS,<br><br>Defendant. | Civil Action No. 16-671 (APM) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby **ORDERED** that

- Plaintiff shall file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment by September 1, 2025;

- Defendant shall file its Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment by October 3, 2025; and

- Plaintiff shall file his Reply in Support of Cross-Motion for Summary Judgment by November 3, 2025.

It is **SO ORDERED** this _____ day of _____, 2024.

_____
U.S. DISTRICT COURT JUDGE