UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SIMON, | * |
| Plaintiff, | * |
| v. | * |
| | * Civil Action No. 1:16-cv-00671 (APM) |
| DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff to respectfully advise the Court that he is voluntarily dismissing this action after receiving satisfactory responses to the remaining questions he submitted to Defendant. While he does not concede that summary judgment is appropriate in this case, he does not intend to further argue this case and proposes that the Court dismiss it accordingly.

The parties intend to attempt to reach a settlement regarding costs and attorneys' fees, and therefore, after consulting with Defendant's counsel, Plaintiff proposes that the Court extend the deadlines for filing a bill of costs and fee petition until 5 December 2025, to allow sufficient time for those negotiations to occur.

Plaintiff apologizes for the tardiness of this filing.

Date:   September 9, 2025

                                      Respectfully submitted,

                                      __/s/ Kelly B. McClanahan__
                                      Kelly B. McClanahan, Esq.
                                      D.C. Bar #984704
                                      National Security Counselors
                                      1451 Rockville Pike
                                      Suite 250
                                      Rockville, MD  20852
                                      501-301-4672
                                      240-681-2189 fax
                                      Kel@NationalSecurityLaw.org

                                      *Counsel for Plaintiff*