UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SIMON, | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \* |
| | \* Civil Action No. 1:16-cv-00671 (APM) |
| DEPARTMENT OF JUSTICE, | \* |
| EXECUTIVE OFFICE OF UNITED | \* |
| STATES ATTORNEYS, | \* |
| | \* |
| Defendant. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS BILL OF COSTS AND FEE PETITION**

After Plaintiff stipulated to the dismissal of this long-running case in September, the Court ordered him to file his Bill of Costs and Fee Petition or inform the Court that the matter is settled by today, 5 December 2025. Plaintiff requested this additional time to allow the parties to attempt to reach a negotiated settlement to avoid the need for further briefing, and the undersigned intended to send a proposal to Defendant in October. However, once the Government shut down for 43 days, those plans became infeasible, and the undersigned was required to refocus his attention on other problems raised by the shutdown in other cases, only working on this proposal when time allowed. Once the Government reopened, the undersigned again had to refocus his attention away from this proposal and on the numerous new deadlines in various stayed cases which took place in close proximity to each other. However, after finally resolving all of the competing priorities, the undersigned was able to complete the settlement proposal and send it to Defendant's counsel last night.

Accordingly, after conferring with Defendant's counsel to estimate the amount of time needed to complete the settlement process—ideally with the end result of a negotiated settlement—Plaintiff requests an additional five weeks, until 9 January 2026, to file any Bill of Costs and Fee Petition.

This is the second extension requested for this filing. Defendant consents to this Motion. A proposed Order accompanies this Motion.

Date:   December 5, 2025

>                         Respectfully submitted,
>
>                          /s/ Kelly B. McClanahan
>                         Kelly B. McClanahan, Esq.
>                         D.C. Bar #984704
>                         National Security Counselors
>                         1451 Rockville Pike
>                         Suite 250
>                         Rockville, MD  20852
>                         501-301-4672
>                         240-681-2189 fax
>                         Kel@NationalSecurityLaw.org
>
>                         *Counsel for Plaintiff*