# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SIMON, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:16-cv-00671 (APM) |
| DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS, | * |
| Defendant. | * |

## ORDER

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time Within Which to File His Bill of Costs and Fee Petition, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Amit P. Mehta
United States District Judge