UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A. SIMON,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>EXCUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>   Defendant. | Civil Action No. 16-0671 (APM) |

### JOINT STATUS REPORT

Pursuant to the Court's December 8, 2025, order, the parties hereby submit the following joint status report updating the Court on the status of settlement.

Plaintiff made its first fee demand on December 5, 2025. The parties made further offers on December 17, 2025. Defendant made a second counter-offer on December 19, 2025.

In response to requests from Defendant, Plaintiff provided more information on its position on January 9, 2026. Subsequently, Defendant increased its counter-offer. The parties hope to resolve the remaining dispute without further burdening the Court. Accordingly, the parties propose that they file another joint status report on or before Friday, January 23, 2026.

Dated: January 9, 2026
       Washington, DC

/s/ *Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Brian J. Levy*
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6734

*Attorneys for the United States of America*