UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES SIMON, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br> EXECUTIVE OFFICE OF UNITED <br> STATES ATTORNEYS, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> *     Civil Action No.  1:16-cv-00671 (APM) <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS BILL OF COSTS AND FEE PETITION**

In accordance with the Joint Status Report filed today, Plaintiff formally requests an extension of the deadline for filing his Bill of Costs and Fee Petition until 23 January 2026. The parties believe that they are close to a negotiated settlement, as described in the Joint Status Report, and that filing formal briefs at this time would be an inefficient use of resources.

This is the third extension requested for this filing. Defendant consents to this Motion. A proposed Order accompanies this Motion.

Date: January 9, 2026

Respectfully submitted,

  /s/ Kelly B. McClanahan  
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*