**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES SIMON, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | * |
| | *    Civil Action No. 1:16-cv-00671 (APM) |
| DEPARTMENT OF JUSTICE, | * |
| EXECUTIVE OFFICE OF UNITED | * |
| STATES ATTORNEYS, | * |
| | * |
|     Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF Plaintiff's Consent Motion for Enlargement of Time Within Which to File His Bill of Costs and Fee Petition, and the entire record herein, it is this _____ day of _____, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Amit P. Mehta
United States District Judge